Exhibit A



**Collective Health**®

Plan Details

# SpaceX PPO

Hello!

Welcome to your SpaceX PPO plan, presented in partnership with Collective Health.

We always try to keep things simple at Collective Health. This booklet has 81 pages. Not exactly short, but here's why it's important to share it with you: this is your summary plan description (SPD). It describes the benefits of your health insurance plan and it's something that you can refer to when you have questions.

This SPD is organized by topic so you can quickly find what you need. Here are some of the topics that you can read about inside:

- What's covered by the plan, what's not covered, and how much you can expect to pay for your healthcare

- Who is eligible for coverage, and how to enroll

- When your coverage begins and ends, and when you might be able to continue coverage

- How to submit a claim, and what to do if your claim is denied

- Your rights and responsibilities as a member of this plan

Collective Health wants to help you understand everything about your healthcare benefits and what's covered for you and your dependents. You can get 24/7 access to information about your plan and your healthcare claims by activating your account at my.collectivehealth.com. If you have any additional questions, get in touch with us by calling 844-803-0209 or emailing help@collectivehealth.com.

Here's to a happy and healthy year ahead!

DocuSign Envelope ID: 875A3D79-A694-480F-B129-47B9D43E59C

# Table of Contents

Fast Facts About Your Health Plan ..................................................................................................... 1

Section 1: Who Is Eligible for Coverage ............................................................................................ 2

    Eligible Employees ........................................................................................................................ 2

    Eligible Dependents ...................................................................................................................... 2

    Who Cannot Be Your Dependent? ............................................................................................... 3

Section 2: Enrollment & When Coverage Begins ............................................................................. 3

    Annual Open Enrollment Period ................................................................................................... 3

    New Hire or Newly Eligible Employee Enrollment ....................................................................... 4

    Special Enrollment Periods .......................................................................................................... 4

Section 3: Your Contributions & Costs ............................................................................................. 5

    Employee Contribution ................................................................................................................. 5

    How the Network Can Work for You ............................................................................................. 5

    Allowed Amounts .......................................................................................................................... 7

    Paying for Treatment You Receive ............................................................................................... 8

Section 4: Quality & Value Programs ............................................................................................... 11

    Maximum Medical Benefits ......................................................................................................... 11

    Prior Authorization for Certain Procedures ................................................................................. 11

    Case Management Services ........................................................................................................ 12

    Get a Second Opinion ................................................................................................................. 12

Section 5: What's Covered & How Much It Costs ........................................................................... 13

    Preventive Care ........................................................................................................................... 13

    Emergency Care .......................................................................................................................... 15

    Treatment for Medical Conditions ............................................................................................... 17

Pharmacy Benefits ..................................................................................................................... 41

    Your Pharmacy Network .................................................................................................. 41

    Types of Prescriptions ..................................................................................................... 41

    What You Pay ..................................................................................................................... 42

    Specialty Medications ..................................................................................................... 43

    Over-the-Counter Medications ...................................................................................... 43

Section 6: What's Not Covered (Exclusions) ..................................................................... 44

Section 7: When Your Coverage Ends .................................................................................. 48

Section 8: How to File a Claim ................................................................................................ 49

    Regular Post-Service Claims ........................................................................................... 49

    Urgent Care Claims ........................................................................................................... 50

    Concurrent Care Claims ................................................................................................... 51

Section 9: How to Appeal ........................................................................................................ 51

    How to Appeal Prior Authorization and Urgent Claim Denials ................................ 52

    How to Appeal Non-Urgent Adverse Benefit Decisions .......................................... 52

    External Review Program ................................................................................................ 53

        Standard External Review ........................................................................................... 54

        Expedited External Review ......................................................................................... 54

Section 10: Your Rights to Continue Coverage ................................................................. 55

    Continuing Your Benefits Coverage Under COBRA .................................................. 55

    Continuing Your Benefits Coverage During Uniformed Service .............................. 58

    Continuing Your Benefits Coverage During a Leave of Absence from Work ................... 59

Section 11: Coordination of Benefits ................................................................................... 60

    When the Plan Will Coordinate Benefits ..................................................................... 60

Collective Health  |  SpaceX PPO Plan Details  |  Effective January 1, 2017.

ii

This Plan's Coordination Rules ................................................................................. 60

What Coordination Means for Your Benefits .......................................................... 62

Section 12: The Plan's Right to Repayment .................................................................. 62

Recovery from the Person Responsible for Your Injuries ..................................... 62

Refund of Overpayments ........................................................................................ 64

Section 13: Changes to This Plan's Terms ..................................................................... 64

Section 14: Plan Administration ..................................................................................... 65

Plan Administrator's Responsibilities .................................................................... 65

Plan Information Summary ...................................................................................... 66

Section 15: Legal Provisions and Your Legal Rights .................................................... 67

Limitation on Your Right to Sue ............................................................................. 67

Your ERISA Rights .................................................................................................... 67

Your HIPAA Privacy Rights ...................................................................................... 68

Nondiscrimination Policy ........................................................................................ 69

Newborns' and Mothers' Health Protection Act .................................................. 69

Qualified Medical Child Support Order Procedures ............................................. 70

Women's Health and Cancer Rights Act ................................................................ 70

Mental Health Parity and Addiction Equity ........................................................... 70

Genetic Information Nondiscrimination Act .......................................................... 70

Affordable Care Act ................................................................................................. 72

Appendix A: Information About the Extended Blues Network ................................... 73

Appendix B: Pharmacy Benefit Exclusions .................................................................. 77

Appendix C: Nondiscrimination and Accessibility Requirements ............................. 79

# Fast Facts About Your Health Plan

## What kind of health insurance plan is this?

This is a "PPO" (preferred provider organization) plan. This includes a preferred network (Blue Shield of California) that includes most, but not all, doctors and hospitals. You do not need to designate a primary care physician or get your primary care physician's referrals to see specialists; you can see the doctors you choose for your medical needs. If you see in-network doctors, you will generally pay less than if you see doctors out-of-network.

## Who pays?

The SpaceX PPO plan is a self-insured healthcare plan. That means there is no health insurance company paying for your claims; Space Exploration Technologies Corp. ("SpaceX") is the plan sponsor, and they pay doctors and hospitals for the medical care you receive.

Collective Health partners with SpaceX and takes on many administrative responsibilities for this plan (such as processing your claims and answering your questions). Blue Shield of California provides the medical network for the plan, and gives you access to a nationwide network of healthcare providers under the BlueCard program. Express Scripts, Inc. (ESI) provides pharmacy benefit management services for the plan.

You help pay for the cost of your healthcare under this plan. More information about cost-sharing is in Section 3.

## Key plan information (see inside for more details).

> The plan year begins on January 1 and ends on December 31.
> An individual's annual deductible for in-network care is $500. Families must meet an in-network annual deductible of $1,500.
> An individual's annual out-of-pocket maximum for in-network care is $3,400. Families must meet an in-network annual out-of-pocket maximum of $10,200.
> Find information about what's covered is in Section 5. Information about what's not covered is in Section 6.

## Questions? We're here to help.

Register for 24/7 access to your healthcare information at my.collectivehealth.com. Collective Health Member Advocates are available at help@collectivehealth.com or 844-803-0209.

DocuSign Envelope ID: 875A3D79-A694-480F-B129-947B9D43E59C

# Section 1: Who Is Eligible for Coverage

## Eligible Employees

You—an employee of SpaceX —are eligible to participate in this plan if you are normally scheduled to work at least 20 hours per week. For regular employees, your coverage will begin on the first day of the month after or coinciding with the date you become eligible.

If you are an eligible Intern working at least 20 hours per week, you are eligible to participate in this plan. Interns may cover themselves, their eligible child dependents, spouses, and domestic partners; coverage for dependents of dependents is not available. You must satisfy a 90-day waiting period before you become eligible for healthcare benefits.

## Eligible Dependents

If you choose to participate in this plan, you may also elect to cover your spouse or domestic partner and your children. They are your dependents, and they become eligible for coverage when you become eligible for coverage. Your contribution each pay period may be higher if you choose to enroll your dependents.

Your spouse is the person to whom you are legally married under state law. Your domestic partner is the person with whom you are in a committed relationship that is substantially similar to a marriage. SpaceX has specific guidance on qualifying for domestic partner status; check with SpaceX's benefits team for more details. You may be required to provide documentation that an individual is your spouse or domestic partner, such as a marriage license or registration certificate.

For a child to be eligible to join this plan as your dependent, he or she must be one of the following:

- Your natural child, or your spouse or domestic partner's natural child
- Your stepchild
- Your adopted child, or your spouse or domestic partner's adopted child
- A child for whom you, your spouse, or your domestic partner have been named legal guardian
- A child for whom you have a qualified medical child support order

In addition, your child must reside in the United States and be under 26 years old.

If you have an unmarried child that has a severe physical or mental condition that makes them indefinitely dependent on you for primary support, then they will continue to be eligible after age 26, as long as their condition and dependency persists.

You may be required to provide information or documents to prove your children's eligibility for coverage (such as tax records, birth certificates, or documentation of your child's disability).

## Who Cannot Be Your Dependent?

Some people are not eligible to participate in this plan as your dependents, even if they meet the criteria above:

- Your former spouse, if you are legally separated or divorced.
- Your former domestic partner, if your relationship has ended.
- Anyone who is separately covered under this plan as an employee.

# Section 2: Enrollment & When Coverage Begins

You must be enrolled in this plan to receive benefits from this plan. If you want your dependents to receive benefits, you must enroll them too. No one can receive the benefits of this plan without being enrolled for coverage.

Each year, SpaceX will set the procedures for all eligible employees to enroll themselves and their dependents for health benefits. You must follow these procedures to enroll yourself and your dependents, including authorizing SpaceX to deduct your contribution per pay period (if any) directly from your paycheck.

You can only enroll yourself and your dependents at specific times of the year:

- During the annual open enrollment period
- After you are newly hired or first become eligible
- During a special enrollment period after a qualifying event

If you miss your enrollment window, your enrollment will be considered "late" and your coverage will not begin until the next plan year. You must enroll on time to get covered on time.

## Annual Open Enrollment Period

Each year, before the new plan year begins, there will be an open enrollment period. During the open enrollment period, you may choose whether you would like to be covered by this plan for the next plan year, and you may add or remove dependents. If multiple health benefits options are available, you will be able to choose the package you prefer. SpaceX will determine when and how long the open enrollment period will be.

The selections you make during open enrollment will become effective at the beginning of the next plan year, which is January 1st. You won't be able to change your selections again until the next open enrollment period, unless you experience a qualifying event during the year.

DocuSign Envelope ID: 375A22D79-A694-430F-BA39-947B2D483E9C

## New Hire or Newly Eligible Employee Enrollment

If you begin work at SpaceX and are eligible for health benefits, you will have an opportunity to choose whether you would like to participate in this plan, and whether you want to enroll your dependents. The same is true if you become newly eligible while employed at SpaceX (for example, if you switch from part-time to full-time). You must enroll for coverage within 30 days of becoming eligible.

If you enroll on time, your coverage will begin on the first day of the month after you become eligible. For example, if your first day as a full-time employee is May 20th, your coverage will begin on June 1st.

## Special Enrollment Periods

In general, once you make your coverage selections during open enrollment or new hire enrollment, those choices are fixed for the plan year and can't be changed. But certain events trigger special enrollment periods, where you will be allowed to make changes to your coverage selections outside of open enrollment.

**1. You can enroll mid-year if you lose other healthcare coverage.** You might initially decline coverage because you or your dependents are already covered by another group health plan or by insurance from another source (including COBRA). For example, you may be a dependent on your spouse's plan, and for that reason you may decline to enroll in SpaceX's health benefits during open enrollment. If you or your dependents lose your healthcare coverage from that other source (or if your dependent's company stops contributing toward that other coverage), you have the right to enroll yourself and all of your eligible dependents in this plan. But you must enroll within 30 days after the other coverage ends (or the company stops contributing). If you enroll on time, your coverage will begin on the first day of the month after or coinciding with the loss of coverage.

**2. You can enroll if you get married or have a child.** If you acquire a new dependent (spouse or child) through marriage, birth, adoption, placement for adoption, or a QMCSO, you have the right to enroll yourself and your eligible dependents in your company's health plan. But you must enroll within 30 days after that life event (for example, after your marriage or after your child is born). If the special enrollment is due to the birth or adoption of a child, coverage will be retroactive to the date of birth or adoption. Otherwise, your family's coverage will begin on the first day of the month after or coinciding with the qualifying event date.

**3. You can enroll if you gain or lose coverage under Medicaid or a state children's health insurance program.** If you or your dependents lose coverage under your state's Medicaid or children's health insurance program (CHIP), or you become eligible for health insurance subsidies under one of those programs, you will have the opportunity to enroll your family in this plan. You must enroll within 60 days of your Medicaid or CHIP eligibility change. If you enroll on time, your family's coverage under this plan will begin on the first day of the month after or coinciding with the qualifying event date.

These special enrollment periods are governed by the Health Insurance Portability and Accountability Act (HIPAA) and will be interpreted to comply with HIPAA regulations and requirements. Note that domestic partners and their children are not eligible for the HIPAA special enrollment rights described above.

DocuSign Envelope ID: 375A2D79-A694-430E-BA29-947B9D48359C

There may be more circumstances where you have the right to enroll for coverage in the middle of a plan year. These circumstances are described in the governing documents describing SpaceX's employee benefits plans. Contact SpaceX's benefits team for more information.

# Section 3: Your Contributions & Costs

Your membership in this plan includes a responsibility to contribute to the cost of your healthcare benefits. Each pay period, you may be required to pay an employee contribution. In most cases, when you actually receive healthcare services, you must also pay part of the cost of those services. The plan is designed so you generally pay less when you use providers and facilities in the Blue Shield of California network.

## Employee Contribution

SpaceX may require you to pay an employee contribution every pay period, via payroll deduction, in order to enroll in this plan. The cost may vary depending on if you have dependents (and how many) and may also depend on other factors, which are set by SpaceX. Once you enroll in a plan option, your contribution is fixed: if you have a contribution each pay period, you'll have to pay it whether you use any health services or not. In exchange for your contribution each pay period, you get access to the plan's benefits to help you pay for the healthcare you need.

Your contribution will generally remain constant throughout the plan year, but SpaceX has discretion to change it. If there is a substantial increase in monthly costs, you may be given an opportunity to change your benefits selections.

## How the Network Can Work for You

Your membership in this plan includes access to a network of health care service providers (doctors, nurses, and other licensed professionals) and facilities (such as hospitals, urgent care centers, and pharmacies). The providers and facilities in this network have agreed to accept negotiated rates for the services they provide to you and your dependents. Because health services from in-network providers and facilities often cost less than the same services outside the network, this plan is designed to encourage you to use in-network services whenever possible.

- Blue Shield of California is this plan's preferred medical network. Through Blue Shield of California, you have access to providers outside of California in the BlueCard program. You can find additional important information about Blue Shield of California and BlueCard in Appendix A.[1]

---

[1]Blue Shield of California, an independent member of the Blue Shield Association, provides administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.

DocuSign Envelope ID: 375A2D79-A694-430F-BA29-947B8D483E9C

- This plan's preferred pharmacy network is <u>Express Scripts</u>, which includes all major retail pharmacies as well as a mail order pharmacy option.

- The plan may also have preferential arrangements that provide enhanced benefits if you use specific healthcare facilities or services.

In most circumstances, this plan provides richer benefits for services provided by in-network health care providers or facilities. If you receive services out-of-network, you will generally be responsible for a greater share of the cost.

If your in-network doctor refers you to an out-of-network provider or facility for medical care you need and there is no other in-network provider, the plan administrator and/or claims administrator may choose to provide in-network benefits for the out-of-network care you receive. In certain situations, such as when there is no in-network provider available, the plan may authorize the in-network benefits to apply to a claim for a covered service you receive from an out-of-network provider. If you feel this applies to your situation, you must contact Collective Health in advance of obtaining the covered service. If you receive authorization for in-network benefits to apply to a covered service received from an out-of-network provider, you may still be responsible for the difference between the allowed amount and the out-of-network provider's billed amount.

Ultimately, the choice of which provider or facility to use (whether in- or out-of-network) is yours. To find out whether a doctor is in your network, check my.collectivehealth.com or contact a Collective Health Member Advocate. Because your doctor's network status may change throughout the year, to be absolutely sure, confirm with your doctor whether he or she, and the facility they are practicing in, is in the Blue Shield of California network.

This plan requires your provider to have specific credentials in order to cover your treatment. This helps the plan ensure that you receive medically necessary, quality care. In most cases, the required credentials are state medical licenses, which must be active and unrestricted in the state where you are receiving care.

If you choose to visit an out-of-network provider, make sure to confirm that the provider has the appropriate credentials to administer the care you need. The table on the following page provides examples of specific provider credentials required for plan coverage when you go out of network. The list is not exhaustive. Contact Collective Health if you have questions about your specific provider. Remember that services still need to be medically necessary to be covered by your plan.

| Provider Type | Sample Credentials by Provider Type |
|---|---|
| Acupuncturist | Licensed Acupuncturist (LAc)<br>Doctor of Oriental Medicine (DOM) |
| Chiropractor | Doctor of Chiropractic (DC) |
| Lactation consultant | International Board Certified Lactation Consultant (IBCLC) |
| Massage Therapist | Licensed Massage Therapist (LMT) |
| Midwife | Certified Nurse Midwife (CNM) (certified midwives are not covered) |
| Naturopath | Doctor of Naturopathy (ND)<br>Doctor of Naturopathic Medicine (NMD) |
| Nurse | Nurse Practitioner (NP)<br>Registered Nurse (RN)<br>Licensed Vocational Nurse (LVN) |
| Nutritionist or Registered Dietician | Licensed Dietitian (LD)<br>Licensed Nutritionist (LN)<br>Licensed Dietician Nutritionist (LDN) |
| Osteopath | Doctor of Osteopathy (DO) |
| Physical Therapist | Physical Therapist (PT)<br>Masters in Physical Therapy (MPT or MSPT)<br>Doctorate in Physical Therapy (DPT) |
| Physician Assistant | Physician Assistant (PA) |
| Podiatrist | Doctor of Podiatric Medicine (DPM) |
| Psychiatrist | Doctor of Medicine (MD) |
| Psychologist | Clinical Psychologist (PhD)<br>Doctor of Psychology (PsyD) |
| Therapist / Counselor / Social Worker | Licensed Clinical Social Worker (LCSW)<br>Licensed Master Social Worker (LMSW)<br>Marriage and Family Therapist (MFT) |

In the event that there are no state medical license requirements available for a provider type, Collective Health will provide reimbursement for providers who have met professional certification requirements for covered benefits in that state. If you have questions about whether your provider may be covered by your plan, contact Collective Health.

## Allowed Amounts

One benefit of visiting an in-network doctor or hospital is that Blue Shield of California has negotiated the rates for most healthcare services in advance. When you choose to visit an out-of-network provider or facility for medical treatment, it's much harder to know how much your treatment might cost. The providers may charge a reasonable rate for the services they provide you, or they may charge a lot more.

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B8D483E9C

This plan will not pay charges that are excessive. Instead, this plan sets an underlined allowed amount for each medical service, and this allowed amount is the most the plan will pay for that service when you receive it from an out-of-network provider. Allowed amounts are determined by reference to industry benchmarks. For some healthcare charges, the plan will use Medicare reimbursement rates as a benchmark, and will set the allowed amount as 200% of the Medicare reimbursement rate. For other healthcare charges, the plan will use industry-recognized data such as FAIR Health (an independent, not-for-profit corporation) as a benchmark, and will set the allowed amount at the 80th percentile.

Because the plan doesn't have contracts in place with out-of-network providers, those providers may charge more than the allowed amount for the treatment you receive. Your benefits under this plan will be based on the allowed amount, and the provider may bill you for the excess. (This practice is called balance billing.) It is your responsibility to pay any amounts in excess of the allowed amount—in addition to any deductibles, copays, or coinsurance. Balance billed charges also don't count toward your out-of-pocket maximum.

If you can gather some information from your out-of-network provider in advance, Collective Health can help you determine whether you're likely to be balance billed. Contact Collective Health for guidance.

## Paying for Treatment You Receive

For most healthcare services, the plan pays for some, but not all, of the cost of treatment. Generally, you and the plan share the cost of your care. This plan shares the cost of healthcare with you in several ways: an annual deductible, copays, coinsurance, and an out-of-pocket maximum.

Until you hit your out-of-pocket maximum, you'll have to share the cost of your healthcare with the plan. You'll have to meet a calendar year deductible, and also pay a copay or coinsurance for each service you receive.

**Annual deductible
for each covered individual:**

$500 for care in- and out-of-network

**Annual deductible
for your entire family:**

$1,500 for care in- and out-of-network

> *What is a deductible?*

- A deductible is the amount you'll pay up-front for care until your benefits kick in. This applies to benefits with coinsurance, but not copays.

> *What's the difference between copays ($) and coinsurance (%)?*

- Copays are fixed dollar amounts — for example, you'll have to pay $25 for an in-network visit to your primary care doctor. You typically pay the copay at the time you receive the medical service.
- Coinsurance is a percentage of the cost of care — for example, you'll have to pay 20% of in-network hospital inpatient charges, after you meet your deductible. Your provider will typically bill you later.
- Copays and coinsurance interact differently with your deductible:
  - Copays are entirely separate from your deductible. If a service requires a copay, you only pay that copay, even if you haven't met your deductible. On the other hand, when you pay a copay, that amount doesn't accumulate toward your deductible.
  - Unlike copays, coinsurance is subject to your deductible. So, if a medical service requires coinsurance (for example, 20% of in-network hospital inpatient costs), you must pay the full cost of care for that service until you meet your deductible for the year. After you've met your deductible, coinsurance will kick in, and you'll be responsible only for your percentage of the costs.
- The copay or coinsurance for each medical service is listed in the benefits table in Section 5.

> *What spending counts toward your deductible?*

- Money you pay for covered medical services (except copays) counts toward your deductible.
- The amounts you pay for covered medical care both in- and out-of-network accumulate toward your annual deductible.
- Your employee contributions <u>don't</u> count toward your deductible, and neither do the amounts you pay for non-covered services (like cosmetic surgery) or amounts in excess of the allowed amount.

> *How do deductibles work if you have a family plan?*

- Each person on the plan has an individual deductible. After an individual reaches their individual deductible, their coinsurance benefits will kick in.
- Your whole family also has a family deductible. Once your whole family combined has paid enough to meet the family deductible, coinsurance benefits will kick in for all enrolled members. This is true even if some members haven't yet hit their individual deductible. But remember, no one member will ever have to satisfy more than their individual deductible.
- For example, assume you and two children are enrolled in this plan. If you pay $500 apiece in covered in-network medical expenses (excluding copays) between January 1st and February 27th ($1500 all together), from that point on your whole family — including you — will only need to pay your copays and coinsurance portion of the costs in-network.

The <u>out-of-pocket maximum</u> is the most you'll be required to pay for covered medical services in a plan year.

| **Annual out-of-pocket maximum for each covered individual:** | **Annual out-of-pocket maximum for your entire family:** |
|---|---|
| $3,400 for in-network care | $10,200 for in-network care |
| $10,500 for out-of-network care | $31,500 for out-of-network care |

> *What spending counts toward your out-of-pocket maximum (OOPM)?*

- All money you pay for covered medical and pharmacy services counts toward your OOPM (including your deductible, copays, and coinsurance).
- The amounts you pay for in-network care only accumulate toward your in-network OOPM. The amounts you pay for out-of-network care accumulate toward your out-of-network OOPM and toward your in-network OOPM.
- Your employee contributions <u>don't</u> count toward your OOPM, and neither do the amounts you pay for non-covered services (like cosmetic surgery) or balance-billed amounts.

> *What happens after you hit your OOPM?*

- Once you meet your OOPM for in-network care, the plan will pay for all of your covered in-network healthcare costs for the rest of the plan year. Out-of-network OOPM works the same way.
- For example, if you are an individual on an individual plan, and you spend $3,400 on in-network healthcare costs between January 1st and June 4th, any in-network care from that point on will be fully paid by the plan. You will not need to pay copays or coinsurance after you hit your OOPM.
- Remember that the OOPM only applies to covered services; even after you hit your OOPM, the plan won't pay for non-covered services or amounts in excess of the allowed amount.

> *How do OOPMs work if you have a family plan?*

- Each person on the plan has an individual OOPM. After an individual reaches their individual OOPM, their healthcare will be fully covered by the plan, and they won't have to pay copays or coinsurance for medical services.
- Your whole family's costs are also capped, at the family OOPM amount. Once your family's covered medical costs hit the OOPM, all enrolled members will have full coverage for the rest of the plan year. This is true even if some individuals haven't yet hit their individual OOPM.
- For example, assume you and two children are enrolled in this plan. If you spend $3,400 apiece on covered in-network healthcare costs between January 1st and August 25th ($10,200 all together), any covered in-network care from that point on, for any enrolled member, will be fully paid by the plan. None of you will need to pay copays or coinsurance after you hit your family OOPM.

## Assignment of Benefits

DocuSign Envelope ID: 375A2D79-A694-430F-BA29-947B8D48359C

You (or your dependents) may not assign or transfer in any manner your benefits or other rights that you have under this plan (other than with the express written consent of the plan sponsor or plan administrator or as expressly required by law). For example, you may not assign your rights to receive payment under this plan for medical services to your doctor.

# Section 4: Quality & Value Programs

## Maximum Medical Benefits

This plan does not cap the total aggregate value of medical benefits you can receive, either in a given year or over your lifetime as a plan member. So long as you remain eligible, and your treatment falls within the scope of the plan, your healthcare costs will continue to be covered by the plan.

If specific services have maximum visits or benefit caps, that information will be clearly stated alongside the service costs in the benefit table in Section 5.

## Prior Authorization for Certain Procedures

This plan requires your provider to receive prior authorization for certain services. This means the provider must get clearance from the plan in advance, before providing treatment to you. If the provider does not get prior authorization for a service that requires it, the plan may not pay for the treatment.

Prior authorization is required anytime you will be admitted to the hospital on an elective (non-emergency) basis—for example, if you need to be admitted for a scheduled surgery. Prior authorization may also be required for non-emergency imaging services (CT, MRI, MRA, and PET scans), rental or purchase of certain durable medical equipment, and intensive spinal procedures (surgery, injections, and implants). Routine preventive care services never require prior authorization. When a delay in treatment could seriously jeopardize your life or health or the ability to regain maximum function or, in the opinion of a physician with knowledge of your medical condition, could cause severe pain, your provider should request expedited processing.

The prior authorization requirements change from time to time. The current list of services requiring prior authorization will always be available from Collective Health and Blue Shield of California.

You will be notified anytime a prior authorization request by your provider is approved or denied. If prior authorization is denied, your physician can appeal that denial. You can also file your own appeal with Blue Shield of California to contest a prior authorization denial (see Section 9).

If you have questions about prior authorization in general, or about whether a specific treatment needs prior authorization, contact Collective Health.

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B9D48359C

## Case Management Services

This plan's preferred medical network, Blue Shield of California, also provides a case management program for members whose healthcare requirements are more complicated than usual. The purpose of case management is to improve both the quality and value of healthcare treatments.

Collective Health and Blue Shield of California will identify members who are likely to benefit from the case management program. If you are identified, a case manager (usually, a registered nurse) will reach out to you, your caregivers, and your healthcare providers. Your case manager can help you manage your healthcare by explaining your treatment options, coordinating care between multiple providers or facilities, and dealing with related issues holistically.

Participation in the case management program is totally and completely voluntary. You do not have to speak to the case manager if you prefer not to. Your participation (or not) in the case management program will not affect your benefits.

If you feel you could benefit from case management services but no one has reached out to you, you can contact Collective Health for a referral.

## Get a Second Opinion

A second opinion is a process where you consult with an expert in the field of your diagnosis to make sure that your diagnosis is correct and that you are set on the right treatment path. We encourage you to get a second opinion if:

- If you have, or are diagnosed with, a rare or complex condition that requires the navigation and understanding of treatment options.
- Whenever your doctor recommends that you have surgery—that is, any surgery that can be scheduled in advance (not an emergency). Surgery can't fix everything. Even if your doctor recommends surgery, there may be other, less invasive treatment options that could give you as good (or better) results. In some cases, having surgery could actually make your overall health worse.

In these situations, not only can you get a second opinion -- you can even get a third opinion if you wish. A second or third opinion is 100% voluntary, and you are not required to get one if you prefer not to. You can choose to get a second or third opinion anytime your doctor recommends elective surgery, for any reason.

The doctor who gives you a second (or third) opinion about your complex condition or elective surgery would be independent from the doctor who either diagnosed you, or recommended the surgery, in the first place.

How much will this cost? The plan will cover second and third opinions like other covered services described in Section 5. So, if you visit a specialist's office to get a second opinion, you will pay your regular copay or coinsurance for a specialist doctor visit.

# Section 5: What's Covered & How Much It Costs

This section describes your plan's benefits in detail. Benefits are split into three categories: preventive care, emergency care, and everything else.

## Preventive Care

Preventive care is generally provided when you are well and is intended to keep you healthy. The federal government — specifically, the U.S. Preventive Services Task Force, the Health Resources and Services Administration, and the Centers for Disease Control and Prevention — has recommended certain healthcare services as preventive care.

This plan must cover the full cost of in-network preventive care services, even if you haven't met your deductible. You can get preventive care services from out-of-network providers if you choose, but this plan will pay for only part of the cost of out-of-network preventive care, and may require you to meet your deductible before benefits kick in. If no in-network provider of a specific preventive care service is available in your geographic area, the plan will provide in-network benefits for that out-of-network care.

Certain medical services qualify as "preventive care" depending on your age, biological sex, medical conditions, or timing. For example:

- Breast feeding supplies and support (including breast pumps) are preventive care for women during pregnancy and nursing.
- Colorectal cancer screening (including colonoscopy) is recommended every few years for adults aged 50 to 75.
- Immunizations against whooping cough, measles, chickenpox, and other diseases are preventive care for children from birth to age 18, at recommended doses and cadence.

For more information about which preventive services are recommended for you, visit https://www.healthcare.gov/coverage/preventive-care-benefits/. If you have questions about what preventive services are covered and how much it might cost, contact Collective Health.

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-847B9D482590

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Preventive care for adults | Routine annual physical exam and associated counseling and screening, including immunizations and lab services.<br><br>The list of recommended services is available at: https://www.healthcare.gov/preventive-care-adults/ | **For all preventive care services:**<br><br>**In-network:**<br>Free for you (the plan pays 100%).<br>You do not have to meet your deductible first.<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Preventive care for women | Annual well-woman exam and associated counseling and screening, including contraception, routine recommended mammograms, and lab services. Includes preventive care during pregnancy and breastfeeding support and supplies.<br><br>The list of covered services is available at: https://www.healthcare.gov/preventive-care-women/ | |
| Preventive care for babies and children | Periodic exams and associated counseling and screening, including immunizations, behavioral assessments and autism screening, and lab services.<br><br>Newborn nursery care charges are only covered if you enroll your newborn within 31 days of birth—otherwise, charges will <u>not</u> be covered.<br><br>The list of covered services is available at: https://www.healthcare.gov/preventive-care-children/ | |

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B2D483E9C

## Emergency Care

Emergency care is designed to diagnose and treat serious medical conditions or symptoms that arise suddenly and that reasonably require immediate care and treatment. You should seek emergency care in an urgent care center or in a hospital's emergency room.

Urgent care centers are cheaper than emergency rooms, especially if you use an urgent care center in your network. If you are in a position to choose—if you know your condition is not too serious—you should consider going to a local urgent care center instead of a hospital emergency room. If your condition is life-threatening (or you're not sure), you can and should go to the E.R.

This plan provides the same level of coverage for in-network and out-of-network emergency care in an emergency room. The same level of coverage is provided if you need emergency care when you are traveling outside the United States. The out-of-network provider may balance bill you for the difference between its charge and the amount paid by the plan. Contact Collective Health if you receive a balance bill for emergency services. See Appendix A for additional information about access to Blue Shield of California's network services outside the U.S. These providers will be out-of-network but may assist with coordinating your coverage.

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-847B9D482590

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Emergency ambulance | Transport by an ambulance in an emergency.<br><br>An ambulance is a specially designed vehicle that is staffed with qualified medical personnel and equipped to transport an ill or injured person. | **In- or out-of-network:**<br><br>The plan pays 80% of the allowed amount; you pay the rest. |
| Emergency room expenses | Services and supplies in a hospital emergency room (including doctor fees), which are required to stabilize you or initiate treatment in an emergency.<br><br>Follow-up treatment after you leave the emergency room is covered separately. | **In- or out-of-network:**<br><br>The plan pays 80% of the allowed amount; you pay the rest. |
| Urgent care center expenses | Services and supplies in a licensed urgent care center, for conditions reasonably requiring immediate treatment.<br><br>An urgent care center is a clinic or acute-care facility that provides outpatient treatment for illnesses or injuries that require immediate treatment but are not necessarily life-threatening. | **In-network:**<br>You pay a $25 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest. |

## Treatment for Medical Conditions

Beyond preventive care and emergency care, this plan covers health care services and supplies that are medically necessary to diagnose and treat you if you are injured or ill, or have another covered medical need (like family planning). Different medical services may require you to pay different copays or coinsurance, and some services are subject to limits and annual benefit maximums.

The benefits table on the following pages provides a lot of information, but may not provide definitive information about every possible medical situation. This plan covers most medically necessary healthcare services, except those that are specifically excluded. Healthcare is medically necessary if it is recommended by a physician or other licensed medical provider, consistent with good medical practice, and appropriate for your condition. The plan administrator and/or claims administrator has full discretionary authority to adjudicate benefit claims, including taking a holistic view of the member's healthcare needs and condition, and current and future financial implications. Exclusions are listed and described in the benefits table below and in Section 6 of this document.

If you have questions about how your unique medical needs may be covered by the plan, contact Collective Health.

DocuSign Envelope ID: 375A2D79-A694-430E-B129-947B9D482590

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|---------------------------------------------------------------------------------|
| Acupuncture | Acupuncture and associated treatment by a licensed provider. | *Limited to 30 sessions per year per member.*<br><br>**In-network:**<br>You pay a $40 copay per session; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Addiction treatment | Care by (or directed by) psychiatrists, psychologists, counselors, social workers, or other appropriate licensed healthcare providers to treat the dependency on, and excessive use of, chemical substances.<br><br>Plan cost-sharing for addiction treatment services depend on the setting of your treatment: in an office visit, in an outpatient facility, or in an inpatient or residential facility.<br><br>Tobacco: Prescription therapies to quit smoking are covered by your pharmacy benefits. | <u>Office visits</u><br>**In-network:**<br>You pay a $25 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br><br>**<u>Outpatient facility, Inpatient/residential stay</u>**<br>**In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|---------------------------------------------------------------------------------|
| Allergy care | Testing and appropriate treatment (including allergy serum and injections) by a healthcare provider. | **In-network:** The plan pays 80% of the cost; you pay the rest. **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. |
| Ambulance | Medically necessary, non-emergency transport by an ambulance to the nearest medical facility where you can receive the treatment you need. An ambulance is a specially designed vehicle that is staffed with qualified medical personnel and equipped to transport an ill or injured person. | **In- or out-of-network:** The plan pays 80% of the allowed amount; you pay the rest. |
| Anesthesia | Medication, supplies, and administration of anesthetics when administered by a health care provider. | Anesthesia services and supplies are covered based on where you receive your treatment (for example, in a doctor's visit or while admitted to the hospital). |

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-047B9D482590

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Autism | Diagnosis, care and treatment for adults and children with autism spectrum disorders, including applied behavioral analysis and speech, physical, and occupational therapies.<br><br>Treatment must be medically necessary. | **Applied Behavioral Analysis/Applied Behavioral Therapy** *(may require prior authorization)*<br><br>**In-network:**<br><br>You pay a $25 copay per session; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest.<br><br>**Rehabilitative services (physical, occupational, and speech therapy) for mental health treatment**<br><br>**In-network:**<br><br>You pay a $25 copay per session; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest. |

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-847B9D482599

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|-------------------------------------------------------------------------------|
| Bariatric surgery | Bariatric surgery for diagnosed morbid obesity, which is when your weight is either 100lbs over or 2x more than your recommended weight.<br><br>Coverage for bariatric surgery requires prior authorization, and the surgery must be performed at an in-network facility. If a Blue Shield of California Blue Distinction Center is available in your area, the plan may require you to receive your treatment at that facility.<br><br>Travel expenses for bariatric surgery at a Blue Distinction Center are covered in full to a maximum of $3,000 per year per member. | *May require prior authorization. Coverage for bariatric surgery recipients only.*<br><br>**Inpatient surgery, Ambulatory surgery center, Outpatient surgery (Blue Distinction Center, if available)**<br><br>**In-network:**<br><br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br><br>Not covered.<br><br>**Travel expenses**<br><br>The plan pays the first $3,000 per year per member. |
| Birth control | FDA-approved contraceptives for women and men are covered.<br><br>Coverage for preventive contraceptives includes prescription barrier methods, female condoms, generic hormonal methods, implanted devices, female sterilization, and emergency contraception.<br><br>Coverage for non-preventive contraceptives includes male sterilization and termination of pregnancy (including elective abortion). | Preventive contraceptive services (generic)<br><br>**In-network:**<br><br>Free for you (the plan pays 100%).<br>You do not have to meet your deductible first.<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest.<br><br>**Non-preventive covered birth control services (including elective termination)**<br><br>Covered based on what care you receive and where (for example, a brand-name prescription, OB/GYN appointment, or outpatient surgery). |

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|----------------------------------------------------------------------------------|
| Cancer treatment | Diagnosis & treatment for cancer, including doctor visits, labs & scans, radiation & chemotherapy treatment, and routine patient care costs for clinical trials (please see "Clinical trials," below). <br><br> Travel expenses for cancer treatment are not covered. | Specialist visit <br><br> In-network: <br><br> You pay a $40 copay per visit; the plan pays the rest. You do not have to meet your deductible first (and your copay doesn't apply to your deductible). <br><br> Out-of-network: <br><br> The plan pays 60% of the allowed amount; you pay the rest. <br><br> Labs, X-rays, Scans, Chemotherapy & radiation <br><br> In-network: <br><br> The plan pays 80% of the cost; you pay the rest. <br><br> Out-of-network: <br><br> The plan pays 60% of the allowed amount; you pay the rest. <br><br> Travel expenses <br> Not covered. |
| Cardiac rehabilitation | Cardiac rehabilitation to treat or prevent heart attack, heart failure, or coronary artery disease, or to recover after heart surgery. | In-network: <br><br> The plan pays 80% of the cost; you pay the rest. <br><br> Out-of-network: <br><br> The plan pays 60% of the allowed amount; you pay the rest. |

Collective Health  |  SpaceX PPO Plan Details  |  Effective January 1, 2017.

22

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-047B9D432590

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Chemotherapy & radiation | Chemotherapy and radiation therapy, including substances, equipment, and technician services, for cancer or other diseases requiring treatment. | **In-network:** The plan pays 80% of the cost; you pay the rest. **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. |
| Chiropractic care | Chiropractic treatment and spinal manipulation provided by licensed chiropractic doctor. | *Limited to 30 sessions per year per member.* **In-network:** You pay a $40 copay per session; the plan pays the rest. You do not have to meet your deductible first (and your copay doesn't apply to your deductible). **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. |
| Clinical trials | Routine patient care costs provided as part of a clinical trial that is recommended by your physician and approved by the plan, when the trial is intended to treat cancer or another life-threatening disease or condition. Routine patient care includes the non-experimental health services you receive during the clinical trial (doctor's visits, medical equipment, treatment of complications), but does not include the cost of unapproved drugs (including the subject of the trial) or research administration costs. | *May require prior authorization.* Services and supplies are covered based on who provides your care and where you receive your treatment (for example, an oncologist visit, medical equipment, or labs/scans). |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Diabetes | Diagnosis, care and treatment for adults and children with diabetes (type I and II), including diagnostic testing, doctor visits, foot care, medical equipment, and education and training for diabetes patients in disease management (when recommended by your physician).<br><br>Insulin and other prescription medications are covered by your pharmacy benefits. | <u>Specialist visit</u><br>**In-network:**<br>You pay a $40 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br><br>**Diabetes self-management training**<br>**In-network:**<br>You pay a $25 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br><br><u>Labs, Medical equipment</u><br>**In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Dialysis | Kidney dialysis services for hemodialysis, peritoneal dialysis, and home dialysis. | **In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Doctor's office visits | Visits and services from your primary care provider or specialist healthcare provider when you need treatment for a medical condition.<br>In-network preventive care visits are free for you. | <u>Primary care provider</u><br>**In-network:**<br>You pay a $25 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br><u>Specialist provider</u><br>**In-network:**<br>You pay a $40 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-847B9D482590

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Eye care | Routine eye care (such as eye exams or contact lenses) is not covered by this plan. Coverage is limited to the treatment of medical conditions, such as:<br><br>> care and treatment of aphakia and aniridia,<br>> corneal bandages after eye injury, and<br>> initial glasses or contact lenses after cataract surgery (provided by your physician). | Services and supplies are covered based on what care you receive and who provides it (for example, medical equipment or outpatient surgery). |
| Fertility | Coverage for infertility diagnosis (including semen analysis and embryonic genetic testing), pharmaceutical therapies, artificial insemination, and advanced reproductive technologies (IVF, ZIFT, GIFT, and sperm retrieval).<br><br>In addition to fertility-specific benefits, this plan provides coverage for treatment of underlying medical conditions (such as endometriosis) that also cause infertility; these treatments are covered outside of your fertility benefits and do not count against your fertility benefits allowance. | *The plan will pay a maximum of $2,000 per plan year per member for fertility benefits: $1,000 maximum for medical treatments and $1,000 maximum for pharmacy treatments.*<br><br>**Fertility diagnosis and treatment**<br>**In-network:**<br>The plan pays 50% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 50% of the allowed amount; you pay the rest.<br><br>**Pharmaceutical therapy**<br>**In-network:**<br>The plan pays 50% of the cost; you pay the rest.<br>**Out-of-network:**<br>Not covered. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|-----------------------------------------------------------------|
| Foot care | Exams by podiatrists, foot care associated with metabolic or peripheral-vascular disease (including related to diabetes), and custom-made foot orthotics, when prescribed by a physician.<br><br>Pedicures, spa treatments, and cosmetic treatment of corns, calluses, or toenails are not covered. | <u>Podiatrist visit</u><br>**In-network:**<br>You pay a $40 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br><u>Orthotics</u><br>**In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Hearing screening & aids | Hearing exams for newborns (as part of preventive care), children, or adults when recommended by a medical provider. | **Preventive hearing screenings for newborns and children**<br><br>**In-network:**<br><br>Free for you (the plan pays 100%).<br>You do not have to meet your deductible first.<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest.<br><br>**Non-preventive hearing screenings, Hearing aids**<br><br>**In-network:**<br><br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest. |
| Home-based care | At-home care and treatment of an illness or injury, with a prescription from your doctor that specifies how long you'll need home care.<br><br>Includes visits by trained medical personnel (including nurses) and supplies. | *Limited to 100 days per year per member.*<br><br>**In-network:**<br><br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest. |

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-047B9D482590

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|------------------|
| Hospice care | Inpatient or outpatient hospice care, provided by a licensed hospice agency, with a doctor's prescription that indicates your condition is terminal.<br><br>Hospice care is an integrated program that provides comfort and support services for the terminally ill (who are not expected to live more than six months), often including bereavement counseling services for the immediate family.<br><br>Respite care provides caregivers a temporary rest from caregiving. Inpatient respite care as part of hospice care is covered under this benefit. | In-network:<br>The plan pays 80% of the cost; you pay the rest.<br>Out-of-network:<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Hospital stays | Inpatient hospital stays (admission for a scheduled procedure, or admission after an emergency).<br><br>Includes room & board, doctor visits, supplies (like dressings, splints, or other materials), and medications or other substances (like blood, oxygen, fluids) during your stay.<br><br>See "Outpatient surgery" below for more details on costs for surgical procedures. | *May require prior authorization.*<br>In-network:<br>The plan pays 80% of the cost; you pay the rest.<br>Out-of-network:<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Infusion therapy | Intravenous or other infusion-based administration of medication in a medical facility (hospital or outpatient center) or as part of an office or home health care visit, under the care of a physician. | In-network:<br>The plan pays 80% of the cost; you pay the rest.<br>Out-of-network:<br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Injectable medications | Injections (other than allergy injections or other benefits separately listed in this chart) administered by a medical provider. Includes, for example, steroid or pain medication injections when medically necessary.<br><br>Drugs you take yourself (not administered by a health care provider) are covered separately, under your pharmacy benefits. | **In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Medical equipment and supplies | Rental or purchase of durable medical equipment, which is medical equipment that is not disposable and is customarily used for a medical purpose, and associated supplies. A prescription from your physician is required.<br><br>You may repair or replace equipment that is outgrown or after reasonable wear and tear. | **In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>*Rental price of equipment will be limited to the purchase price.*<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|-----------------------------------------------------------------------------------|
| Medical tests | Medically necessary diagnostic tests, including laboratory tests, radiology (such as X-rays or ultrasounds), and advanced imaging (such as MRI, PET, or CT scans), when recommended by a health care provider.<br><br>Preventive care medical tests (for example, routine recommended mammograms) are covered at 100% in-network. | <u>Preventive care tests</u><br><br>**In-network:**<br><br>Free for you (the plan pays 100%).<br>You do not have to meet your deductible first.<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest.<br><br><u>Diagnostic labs, Radiology, Advanced imaging</u><br><br>**In-network:**<br><br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|----------------------------------------------------------------------------------|
| Mental health | Care and treatment by (or directed by) psychiatrists, psychologists, counselors, social workers, or other qualified medical professionals to address conditions impairing behavior, emotion reaction, or thought process. | <u>Office visits, Rehabilitative services (physical, occupational, and speech therapy) for mental health treatment</u><br><br>**In-network:**<br><br>You pay a $25 copay per visit/session; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest.<br><br><u>Outpatient facility, Inpatient/residential stays</u> (*may require prior authorization*)<br><br>**In-network:**<br><br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Mouth, tooth & jaw injury | Routine dental care (such as cleanings or fillings) is not covered by this plan. Coverage is limited to:<br><br>> Medical treatment of jaw joint disorders (like TMJ)<br>> Excision of tumors and benign bony growths in the jaw or mouth<br>> Emergency repair of natural teeth after injury<br>> Surgical repair of jaws, cheeks, lips, tongue, and floor/roof of mouth after injury<br>> External incision and drainage of cellulitis<br>> Incision of sensory sinuses, salivary glands or ducts<br>> Removal of impacted teeth | Services and supplies are covered based on who provides your care and where you receive your treatment (for example, in a doctor's visit or while admitted to the hospital). |
| Nutritional counseling | Nutritional evaluation and counseling by a registered dietitian or licensed nutritionist. | **In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Occupational therapy | Occupational therapy, by a licensed therapist and under the direction of a physician, as part of a short-term rehabilitative program following illness or injury.<br><br>Recreational or exercise programs are not covered. | **In-network:**<br>You pay a $25 copay per session; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Orthotics | Initial purchase, fitting, and repair of orthotic appliances (like back braces or leg splints) required to support a body part that is disabled after injury or because of a congenital condition. Also includes custom-made foot orthotics, when prescribed by a physician, to treat weak, unstable, unbalanced, or flat feet. | **In-network:** The plan pays 80% of the cost; you pay the rest. **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. |
| Outpatient surgery | Professional services, supplies, medications, and other services provided with or during surgery. "Surgery" includes open or minimally-invasive surgical operations, sutures and skin grafts, and manipulation of broken bones and dislocations. Cosmetic surgery is not covered, but reconstructive surgery of abnormal congenital conditions and reconstructive surgery after a mastectomy are covered. | *May require prior authorization.* **In-network:** The plan pays 80% of the cost; you pay the rest. **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. Special cost-reduction rules apply for out-of-network surgery: <br>› If one surgeon performs 2+ procedures during the same operation, the allowed amount for the additional procedures will be reduced by 50%. <br>› If 2+ surgeons perform procedures that are customarily done by one surgeon, the allowed amount will be the charge for one surgeon. <br>If your procedure uses an assistant surgeon, the allowed amount for the assistant surgeon will be 20% of the charge for one surgeon. |

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|------------------------------------------------------------------------------|
| Physical therapy | Physical therapy, by a licensed therapist and under the direction of a physician, as part of a short-term rehabilitative program following illness or injury. Recreational or exercise programs are not covered. | **In-network:** You pay a $25 copay per session; the plan pays the rest. You do not have to meet your deductible first (and your copay doesn't apply to your deductible). **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. |
| Pregnancy & childbirth | Care and treatment during pregnancy and childbirth, including required prenatal care, hospital stays, physician services, surgery, breastfeeding support and supplies, and hospital nursery care for your newborn child. The plan covers inpatient care for at least 48 hours after delivery (96 hours after cesarean section), though your physician may discharge you earlier. Rental or purchase of a commercial breast pump (manual or electric) is covered for the child's first twelve months. *You must enroll your newborn child for coverage under this plan within 31 days of birth; otherwise, nursery charges will not be covered.* | <u>Prenatal care (primary care visit)</u> **In-network:** You pay a $25 copay per visit; the plan pays the rest. You do not have to meet your deductible first (and your copay doesn't apply to your deductible). **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. <u>Prenatal care (specialist visit)</u> **In-network:** You pay a $40 copay per visit; the plan pays the rest. You do not have to meet your deductible first (and your copay doesn't apply to your deductible). **Out-of-network:** The plan pays 60% of the allowed amount; you pay the rest. <u>Genetic testing, Ultrasounds, Hospital admission for delivery, Newborn nursery</u> |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| | | **In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br>**Breastfeeding supplies and support**<br>**In-network:**<br>Free for you (the plan pays 100%).<br>You do not have to meet your deductible first.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Prosthetics | Initial purchase, fitting, and repair of artificial limbs and other prosthetic devices to replace body parts that are missing after amputation or because of a congenital condition.<br>Includes replacement for prosthetic devices that have been outgrown or that require replacement due to reasonable wear and tear. | **In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

DocuSign Envelope ID: 375A2D79-A69A-430E-B129-047B9D482590

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|-----------------------------------------------------------------------------------|
| Skilled nursing facilities | Inpatient care at a skilled nursing facility, after or in place of hospitalization or home health care, with a doctor's prescription (which specifies how long you should stay at the facility).<br><br>A skilled nursing facility is licensed by Medicare to provide 24-hour inpatient care by registered nurses, directed by a physician, for patients convalescing from physical illness or injury (also known as a rehab hospital, nursing home, or extended care facility).<br><br>Coverage includes care by doctors and nurses, supplies (like dressings, splints, or other materials), and medications or other substances (like blood, oxygen, fluids) during your stay. | *Limited to 100 days per year per member.*<br><br>**In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |
| Speech therapy | Speech therapy by a licensed therapist as part of a short-term rehabilitative program. | **In-network:**<br>You pay a $25 copay per session; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---|---|---|
| Transgender services | Diagnosis and treatment for gender transition, including gender reassignment surgery.<br><br>Hormones will be covered by your pharmacy benefits; see the "Pharmacy" section below.<br><br>Travel expenses for transgender surgery are not covered. | *Coverage for transgender services recipients only.*<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest.<br><br><u>Counseling (office visit)</u><br><br>**In-network:**<br><br>You pay a $25 copay per visit; the plan pays the rest.<br>You do not have to meet your deductible first (and your copay doesn't apply to your deductible).<br><br>**Out-of-network:**<br><br>The plan pays 60% of the allowed amount; you pay the rest.<br><br><u>Inpatient surgery</u><br><br>**In-network:**<br><br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br><br>Not covered.<br><br><u>Travel expenses</u><br><br>Not covered. |

| Service | Description | What You Pay (benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|---------------------------------------------------------------------------------|
| Transplants | Evaluation, harvesting and transplant surgery, transportation of the organ, and post-surgical treatment for yourself and your donor <u>if you are the recipient</u> in a transplant to replace an organ or tissue.<br><br>If needed, search expenses to find an organ donor who is not related to you are fully covered to a maximum of $30,000 per year per member.<br><br>Your donor's healthcare plan will pay first, and benefits under this plan will pay only what is left. If you are the donor, this plan does <u>not</u> cover your costs.<br><br>Organ transplant surgery must be performed at an in-network facility. If a Blue Shield of California Blue Distinction Center is available in your area, the plan may require you to receive your treatment at that facility.<br><br>Travel expenses for transplant services at a Blue Distinction Center are covered in full to a maximum of $10,000 per year per member. | *May require prior authorization. Coverage for transplant recipients only.*<br><br>**In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br><br>**<u>Travel expenses</u>**<br>The plan pays the first $10,000 per year per member.<br><br>**<u>Organ donor search expenses</u>**<br>The plan pays the first $30,000 per year per member. |

| Service | Description | What You Pay<br>(benefits kick in after deductible is met, unless noted otherwise) |
|---------|-------------|-------------------------------------------------------------------------------------|
| Vaccines | Immunizations for children and adults at recommended ages and doses, along with additional elective vaccines (for example, if recommended for foreign travel) recommended and administered by a physician.<br><br>The recommended vaccine schedule is available at http://www.vaccines.gov | **Preventive vaccines**<br><br>**In-network:**<br>Free for you (the plan pays 100%).<br>You do not have to meet your deductible first.<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest.<br><br>**Elective vaccines**<br><br>**In-network:**<br>The plan pays 80% of the cost; you pay the rest.<br><br>**Out-of-network:**<br>The plan pays 60% of the allowed amount; you pay the rest. |

DocuSign Envelope ID: 375A2D70-A694-430E-BA29-947B8D483E9C

## Pharmacy Benefits

The pharmacy benefits in this plan help you pay for the medications you need. In general, this plan covers all medically necessary medications prescribed to you by your doctor, except those that are specifically excluded (see Section 6 and Appendix B for more on exclusions).

The benefits described below cover the medications you get from a pharmacy. The drugs administered to you by a healthcare provider during an office visit, outpatient procedure, or hospital stay are covered separately by your medical benefits. In addition, certain infusions or implantable products (such as plasma, blood products, or implantable androgen products) are covered by your medical benefits and not your pharmacy benefits.

### Your Pharmacy Network

Express Scripts is the pharmacy benefits manager for this plan, and most retail pharmacies are in-network. Only in-network pharmacy purchases are covered by this plan; if you use out-of-network pharmacies, you will pay 100% of the cost. To find out whether a pharmacy is in your network, you can contact Collective Health, you can check the Express Scripts website by logging in via my.collectivehealth.com/getcare, then click on "Pharmacy", or you can ask the pharmacist whether the pharmacy is in the Express Scripts network.

You can get your medications from a brick and mortar retail pharmacy or Express Scripts' mail order pharmacy. If your drugs are available through mail order, they will generally be cheaper overall, for you and for the plan, so these benefits are designed to encourage you to use mail order whenever possible.

### Types of Prescriptions

Certain medications are classified as "preventive care." (These include medications like hormonal birth control, aspirin for heart attack prevention, and tobacco cessation products.) For preventive care prescriptions, if you use in-network pharmacies and select generic alternatives, your plan will cover 100% of the cost. However, if you choose brand-name drugs or use out-of-network pharmacies, you will have to pay some or all of the cost.

On this plan, some medications will cost you more than others. Generic prescriptions are less expensive versions of brand name drugs. Generic drugs are considered identical to their brand name equivalents (in terms of efficacy and safety) by the FDA.

If you take a brand name drug, it's important to know that some brands are treated differently under this plan. Brand name drugs are more expensive than generics, but your plan has negotiated discounts on some—these are called preferred brand drugs. Non-preferred brands aren't discounted, so you'll pay more for these. Often, there will be generic options for medications prescribed by your doctor. When you fill your prescription, you can ask the pharmacist whether a generic or preferred brand name version of your medication is available.

You must fill a prescription within the time specified by the doctor. Only the number of refills specified by the doctor will be covered.

**What You Pay**

Your medical out-of-pocket maximum applies to these pharmacy benefits as well:

- Money you spend on covered prescriptions will accumulate toward your out-of-pocket maximum just like money you spend on covered medical care.
- If you use an in-network pharmacy, you just pay your copay or coinsurance; you do not have to meet your deductible first (and your copays and coinsurance don't count toward your deductible). But if you use an out-of-network pharmacy, you will have to pay 100% of the cost.
- If the total cost for a medication is less than your copay, you'll only have to pay the lesser amount.
- Some medications are excluded from coverage. See Appendix B for more information.

| Drug Type | Mail order pharmacy<br>In-network | Retail pharmacy<br>In-network | Out-of-network |
|---|---|---|---|
| Preventive care medications | $0 copay | $0 copay | Not covered. |
| Generic drugs | $10 copay (90-day supply) | $10 copay (30-day supply) | |
| Preferred brand | $60 copay (90-day supply) | $30 copay (30-day supply) | |
| Non-preferred brand | $120 copay (90-day supply) | $60 copay (30-day supply) | |
| Injectables | 30% coinsurance up to a maximum of $300 (90-day supply) | 30% coinsurance up to a maximum of $150 (30-day supply) | |

When you go to a brick and mortar pharmacy, you can pick up a 30-day supply of your medication. Enroll in mail order if you would like to receive more than a 30-day supply at a time.

You will not be able to collect more than the numbered day supply indicated in the above table in one order whether you purchase at an in-network or out-of-network retail pharmacy or mail order pharmacy. You will have to wait to refill your prescription when your supply is low.

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B2D483E9C

## Specialty Medications

These are high cost drugs that typically require special handling or administration. Under this plan, you must use Accredo mail order pharmacy to get specialty medications. The first time you fill a prescription for a specialty medication, you will be able to pick your script up from a regular, brick and mortar pharmacy. You can pick up from a brick and mortar pharmacy for a total of 2 times before you must switch to Accredo. If you do not switch to Accredo, you will be responsible for 100% of the cost of your medication.

When you switch to Accredo mail order, your specialty drugs will get the mail order discount applied. For more information on Accredo and how to enroll, please contact Collective Health.

Some fertility drugs will be considered specialty medications. If you're taking one of these drugs, Accredo will coordinate with their partner, Freedom Pharmacy, to fill your script.

## Over-the-Counter Medications

Over-the-counter medications (ibuprofen, vitamins, etc.) are not covered by this plan. There are four exceptions to this exclusion:

- When a drug is prescribed by your doctor and you purchase it behind the counter, from the pharmacist (for example, aspirin or folic acid), then you can use your pharmacy benefits even if the drug is also available over-the-counter.
- Over-the-counter supplies for treating diabetes (such as insulin and blood sugar detection equipment) are not excluded from coverage.
- If covered contraceptives are available over-the-counter in your area, those will be covered by this plan.
- Over-the-counter smoking cessation treatments are covered by this plan.

Even in these cases of over-the-counter coverage, you still need a doctor's prescription for your pharmacy benefits to cover your medications.

If you have questions about your pharmacy benefits, including whether certain medications are preferred, non-preferred, or excluded, you can always contact Collective Health for help.

DocuSign Envelope ID: 375A2D70-A694-430F-BA29-947B8D48359C

# Section 6: What's Not Covered (Exclusions)

Some treatments and services are not covered by this plan. Items that are not covered are called exclusions and are listed below. Certain exclusions may also be described in the benefits table in Section 5.

This plan only covers medically necessary healthcare services and medications provided by, or under the direction of, a physician. This means that treatments that are not medical, treatments that are not necessary, and treatments without a physician recommendation are always excluded, and benefits will not be paid.

The plan may not cover all possible medically necessary treatments; in other words, some services are excluded from coverage even if they would be medically necessary for you.

**Non-medical services are excluded:**

- Custodial care, which can be provided by individuals without medical training, and is given principally for personal hygiene or for assistance in daily activities (however, treatment typically considered custodial care is covered if the treatment is considered medically necessary as part of the individual's Adaptive Behavioral Therapy)
- Any type of education or training, except as expressly stated in Section 5 as covered (however, treatment typically considered educational or training is covered if the treatment is considered medically necessary as part of the individual's Adaptive Behavioral Therapy)
- Exercise programs (except for physician-supervised cardiac rehabilitation, physical therapy, or occupational therapy expressly stated in Section 5 as covered)
- Dietary or nutrition supplements, except when prescribed to treat specific medical conditions (such as PKU)
- Charges for travel or non-medical accommodations, except as expressly stated in Section 5 as covered
- Hypnotherapy
- Rest cures
- Personal comfort items, including:
  - Air conditioners
  - Air purification units
  - Humidifiers
  - Electric heating units
  - First aid supplies
  - Elastic bandages or stockings
  - Non-hospital adjustable beds
  - Orthopedic mattresses
  - Non-prescription drugs and medicines, except as expressly stated in Section 5 as covered
  - Scales

**Any service, item, or treatment that is not medically necessary is excluded.** Services are medically necessary if they are:

- Recommended by a physician;
- Consistent with accepted standards of good practice;
- Appropriate (in terms of type, frequency, duration, and other factors) for your condition; and
- Not performed mainly for your convenience or the convenience of your doctor.

Any service, item, or treatment that is provided when you are **not under the regular care of a physician**, or that is **not recommended by a physician**, is excluded.

- If you leave a hospital or other inpatient facility **against medical advice** ("AMA"), any charges for treatment of illness or injury resulting from your AMA discharge will not be covered by the plan.

**This plan excludes any care you receive when you are not a member.** Healthcare services you receive before your coverage effective date are excluded—even if you are charged for the services after your coverage begins. Services you receive after your coverage ends are excluded—even if you got sick while you were still covered.

**This plan also excludes the following services, supplies, or treatments:**

- **Compound medication** ingredients that have not shown clinical benefit over lower-cost alternatives, or bulk ingredients used in compound medications where a standard equivalent exists.

- **Concierge membership fees**, retainers, or premiums paid to a concierge medical practice in order to access the medical services provided by that practice, except for fees that may be paid on your behalf by SpaceX in its sole discretion.

- Charges for **cosmetic procedures** or pharmaceuticals, which are procedures performed or medications taken for plastic, reconstructive, or cosmetic purposes, or which are intended primarily to improve, alter, or enhance appearance.
  - Treatments for hair loss, including wigs and transplants, are excluded, except for wigs provided for the loss of hair resulting from alopecia areata, endocrine diseases, chemotherapy or radiation to treat cancer, or permanent loss of hair from an accidental injury.
  - Drugs for cosmetic effect, such as Retin-A or hair removal substances, are excluded unless they are medically necessary to treat a medical condition.
  - Growth hormones, anabolic steroids, and appetite suppressants are excluded unless they are prescribed by a physician to treat a covered medical condition (such as HGH deficiency).
  - Reconstructive surgery to correct congenital abnormality or deformity caused by accident, injury, or illness (including after mastectomy) is not excluded.

- Routine **dental care**, except specific treatments for mouth, tooth, or gum injury expressly stated in Section 5 as covered.

- **Excess charges** for services, items, or treatment—in other words, charges by out-of-network providers that exceed the allowed amount for the services provided.

DocuSign Envelope ID: 375A2D79-A694-430F-BA39-947B8D48359C

- Care or treatment provided or prescribed by **excluded providers**, including:
  - › Yourself;
  - › A member of your immediate family by birth, adoption, or marriage;
  - › A person residing in your household; and
  - › A provider operating without a license or operating outside the scope of his or her license.
  - › If you are treated by a hospital or other healthcare facility, additional payments to an employee or contractor of that facility are excluded, when the facility is itself obligated to pay that individual for their services.

- Charges associated with **experimental treatments**, which are treatments that are not accepted as good medical practice by most practitioners or that lack credible evidence to support positive short- or long-term outcomes for patients.
  - › Drugs that are not approved by the FDA <u>for any use</u> are unproven and experimental, and are excluded.
  - › Experimental treatment provided as part of a clinical trial is not covered by this plan. Routine patient care costs for approved clinical trials may be covered by this plan, as described in Section 5.

- Routine **eye care** and vision-correction surgery, except:
  - › Care and treatment of aphakia and aniridia.
  - › Lenses or shells for use as corneal bandages.
  - › As otherwise covered by the Preventive Care provisions of this plan.

- Charges beyond the plan's **financial obligations**, including:
  - › Medical treatments outside the plan's scope (i.e., services that are not listed as covered benefits).
  - › Services, items, medications, or treatment for which there would not have been a charge, if no coverage were available.
  - › Expenses actually incurred by other persons (not you or your covered dependents).
  - › Charges that should be repaid to the plan under the subrogation, reimbursement, or third-party responsibility provisions (Section 12).
  - › Expenses for services that are also covered under any government-sponsored plan or program (e.g., Tricare, CHAMPUS, VA), unless the government program expressly provides otherwise.
  - › For services you obtain before you were covered under this plan.
  - › For services you obtain after your coverage under this plan ends.

- Non-medical **foot treatments**, such as pedicure or spa treatments or non-medical treatment of corns, calluses, or toenails.

- **Hearing aids**, except as expressly stated in Section 5 as covered.

- **Illegal drugs**, including otherwise legal medications (such as oxycodone) procured through illegal means.

- Care, supplies, medications, and services for the treatment of **infertility**, except as expressly stated in Section 5 as covered.
  - › Fertility services are not covered if your infertility is the result of a prior voluntary sterilization procedure.
  - › The purchase of donor sperm and purchase of donor oocytes or embryos and any charges associated with care of the donor required for donor oocytes retrievals or transfers or gestational carriers

DocuSign Envelope ID: 375A2D70-A694-430F-BA29-947B8D483E9C

(surrogacy); all charges associated with a gestational carrier program for the person acting as the carrier, including but not limited to fees for laboratory tests.

› Home ovulations prediction kits.

› Services and supplies furnished by an out of network provider.

- **Marijuana** or marijuana-derived substances (like THC oil), even if you have a prescription and marijuana is legal in the state where you live.

- Non-emergency medical care outside the United States, including all **medical tourism.**

  › Emergency care outside the U.S. is covered. See Appendix A for more information.

- **Over-the-counter drugs**, except as expressly stated in Section 5 as covered.

- **Pharmaceutical medications** that are specifically excluded by Express Scripts, Inc. (ESI) from coverage. See Appendix B for more information.

- **Respite care**, unless received as part of hospice care.

- Treatments for intentionally **self-inflicted injuries**—but if the injury is due to a medical or mental health condition, this exclusion does not apply.

  › Treatments for injuries that you sustain as a result of your commission of a felony crime are also excluded.

- Charges for **sterilization reversal** procedures.

- **Vitamins** or other dietary supplements, except as expressly stated in Section 5 as covered.

- Charges for health services received as a result of an act of **war**.

- Services, items, or treatment for **work-related** illness or injury — that is, an illness or injury that arises from work for wage or profit (including self-employment).

- Charges for telemedicine.

# Section 7: When Your Coverage Ends

Certain events will cause your coverage under this plan to end. If multiple terminating events happen around the same time, your coverage will end on the earliest possible termination date.

| TRIGGERING EVENT: | | WHAT IT MEANS FOR YOU: |
|---|---|---|
| If the entire plan ends. | SpaceX has the right to terminate this plan, and any other health plans (in other words, to stop offering coverage for employees), at any time and for any reason. | Your coverage and your dependents' coverage will end on the date the plan ends. The plan administrator is responsible for notifying you that your coverage has ended. |
| If you are no longer eligible for coverage. | You and your dependents are only covered under this plan as long as you and they continue to meet the eligibility requirements described in Section 1 of this SPD. | If you become ineligible, your dependents will also automatically become ineligible. Your coverage and your family's coverage will end on your termination date. You may have the right to continue coverage under COBRA (see Section 10). |
| If you stop paying for coverage. | If you are required to pay an employee contribution to receive benefits under this plan, then you must pay each period to continue coverage. | Your coverage and your dependents' coverage will end on the last day of the last fully-paid period. |
| If you defraud the plan. | Your coverage can be terminated if you commit fraud on the plan, or if you make an intentional, material misrepresentation to the plan, in the course of obtaining coverage or benefits. (For example, if you submit false claims for reimbursement.) | SpaceX has discretion to determine when your coverage or your dependents' coverage will terminate. Your termination may be retroactive—if so, you may be required to repay the plan for prior coverage (this is called rescission). The plan administrator or Collective Health will give you 30 days' notice of rescission, and you will have the right to appeal this determination. |

There may be more circumstances where your coverage may terminate in the middle of the plan year, including factors that give you a right to discontinue your coverage. These circumstances are described in the

governing documents describing SpaceX's employee benefits plans. Contact SpaceX's benefits team for more information.

After your coverage ends, the plan will still pay claims for services you received before your coverage ended. However, once your coverage ends, your benefits under this plan end <u>immediately</u>—even if you are hospitalized, and even if you need further treatment for conditions that occurred before your end date.

If your coverage ends, your dependents' coverage will also end. But in some circumstances, if your dependent's coverage ends (for example, if your child turns 26), you and your remaining dependents may continue to receive coverage.

If your employment with SpaceX ends, and you are rehired after more than 30 days have passed, you will be treated as a new hire, and you and any dependents will need to satisfy all of the eligibility and enrollment requirements detailed in Sections 1 and 2. If you are rehired within 30 days after you leave SpaceX and are still eligible for benefits, you will be reinstated with the same healthcare benefits when you return.

# Section 8: How to File a Claim

When you use in-network services, the provider will generally collect your copay from you at the time of your treatment and send a claim to the plan for payment. Sometimes out-of-network providers will do the same. Other times, out-of-network providers may bill you for the total cost of your treatment, and you will need to submit the claim to the plan to be paid. Whether you pay out-of-pocket or your provider bills the plan directly, you are still entitled to the same benefits.

If you receive a bill from your doctor (whether in- or out-of-network) for the plan's portion of the costs, or you pay for your medical care out of pocket and need to be reimbursed, you must submit a claim to the plan. This section summarizes the procedures you must follow to submit a claim for payment, and the procedures the plan will use to determine whether and how much to pay for that claim.

If you would like more details about claims procedures and your rights and responsibilities, contact Collective Health.

## Regular Post-Service Claims

Post-service claims are non-urgent claims after you have received treatment. (Urgent care and concurrent care claims have different timelines and requirements; see below.) Generally, you do not need to file a claim for services from in-network providers—the provider, Blue Shield of California and Collective Health will handle the processing of the claim. For out-of-network providers that do not process insurance claims or if you receive emergency care outside the United States and are seeking reimbursement from the plan, you can submit a claim using this procedure.

You can submit a post-service claim by mail, by email, or through my.collectivehealth.com. You will need to provide several pieces of information for Collective Health to be able to process your claim and determine the appropriate plan benefits:

- The name and birthdate of the patient who received the care
- The member ID listed on the patient ID card
- An itemized bill from your provider, which should include:
  - › The provider's name, address, and license number (if available)
  - › The date(s) the patient received care
  - › The diagnosis and procedure codes for each service provided
  - › The charges for each service provided
- Information about any other health coverage the patient has
- Proof of payment may be requested to substantiate your claim but is not required upon initial submission to Collective Health

Contact Collective Health if you have any questions on the items above.

Your claim must be submitted within one year from the date you received the healthcare services. If you are not capable of submitting a claim within one year, you must submit the claim as soon as reasonably possible. If your claim relates to an inpatient stay, the date you were discharged counts as the date you received the healthcare service for claims purposes.

Within 30 days of submitting your claim, you'll receive a decision. If we need more information on a claim, we will reach out to you to provide that additional information, but we will still make a decision on your claim within 30 days. If you are able to submit the requested additional information after a decision has been made, we may adjust our decision and reprocess your claim accordingly.

Claims for pharmacy benefits will be reviewed by Express Scripts. Claims for medical (non-pharmacy) benefits will be reviewed by Collective Health and/or Blue Shield of California. If more time is needed to decide your claim, we may request a one-time extension of not more than 15 days.

If your claim is ultimately denied, you'll receive an explanation of why it was denied and how you can appeal.

## Urgent Care Claims

An urgent care claim is a special type of prior authorization that occurs when a delay in treatment could seriously jeopardize your life or health or the ability to regain maximum function or, in the opinion of a physician with knowledge of your medical condition, could cause severe pain. Because your provider is the one who initiates prior authorization with Blue Shield of California, it will usually be your provider who will request expedited processing. Urgent care claims will be decided within 72 hours after submission. Urgent care claims filed improperly or missing information may be denied.

If your urgent care claim is denied, you'll receive an explanation of why it was denied and how you can appeal (including how to request expedited review).

## Concurrent Care Claims

In some cases you may have an ongoing course of treatment approved for a specific period of time or a specific number of treatments, and you will want to extend that course of treatment. This is called a concurrent care claim.

If your extension request is not "urgent" (as defined in the previous section), your request will be considered a new request and will be decided according to the applicable procedures and timeframes. If your request for an extension is urgent you may request expedited processing.

# Section 9: How to Appeal

Whenever the plan makes a decision about your benefits that adversely impacts you (an adverse benefit determination), you have the right to appeal. You cannot appeal changes to the plan's terms, termination of the plan, or other decisions that affect plan members beyond you and your family; adverse benefit determinations must be specific to you and/or your dependents.

Adverse benefit determinations include:

- A decision that you are not eligible to participate in the plan
- Determinations that certain benefits are not covered benefits
- Rescission of coverage
- Determinations that certain treatments are not medically necessary
- Termination of your membership in this plan

Some things that are not adverse benefit determinations are:

- If SpaceX decides to stop offering this plan to employees
- If the contribution per pay period is increased
- If the plan is amended to exclude certain treatments

This section describes your appeal rights and the steps you must take to exercise those rights.

If you are confused or dissatisfied about a determination of your benefits (for example, if a particular claim has been paid at a lower rate or denied), we encourage you to contact Collective Health before filing an appeal. You are not required to call Collective Health first. But reaching out to the member advocate team may help clear up any preliminary questions you have about why a particular decision was made. The member advocate team can also help guide you as you compile the information you need to submit an appeal.

## How to Appeal Prior Authorization and Urgent Claim Denials

Because your provider is the one who initiates prior authorizations (including urgent claims) with Blue Shield of California, it will usually be your provider who appeals if prior authorization is denied. You can choose to appeal the denial if you wish—for example, if your provider doesn't want to pursue an appeal.

You must appeal a denial of prior authorization to Blue Shield of California, not Collective Health. But if you need or want help navigating this process, you can contact Collective Health for assistance.

To appeal a prior authorization denial, first call Blue Shield of California's customer service department at (800) 351-2465 (hearing and speech impaired members: (888) 852-5345 or TTY/TDD (800) 241-1823). Blue Shield of California will direct you to send them a letter that explains the basis for your appeal and includes any relevant documents you can provide. You must begin your appeal process within 180 days of receiving the denial. Blue Shield will consider your appeal and make a decision within the applicable legal timeframes.

You have the right to an expedited decision if delay could seriously jeopardize your life or health or cause you severe pain. Urgent care appeals may be submitted by telephone or fax. Blue Shield of California will direct you through their expedited processes. If you specifically request an expedited appeal, Blue Shield will make a decision within 72 hours.

## How to Appeal Non-Urgent Adverse Benefit Decisions

This section describes Collective Health's appeals process for any adverse benefit determination other than a prior authorization denial (for example, if your benefits have been rescinded, or if coverage for a particular treatment has been denied because it is outside the scope of this plan). If your appeal is an urgent appeal, Collective Health will make an expedited determination under the procedures described in the next section.

Use this procedure for all non-urgent medical claim decisions, including pharmacy determinations. You must appeal an adverse benefit decision within 180 days of receiving the decision.

To appeal, you must submit the following information to Collective Health in writing:

- Enough information to identify the adverse benefit determination that is the subject of your appeal— either attach a copy of the relevant Medical Benefit Statement, or provide:
  - › Member ID
  - › Patient name
  - › Claim number
  - › Provider name
  - › Date of the medical service
- Your explanation of what happened and why you believe the original decision was incorrect
- Any documents or other information that support your appeal—for example:
  - › A letter or prescription from your doctor
  - › A receipt for money you paid

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B9D483E9C

> Relevant excerpts of your medical records

Appeals must be submitted in writing. Appeal forms are available to help streamline your claim submission. Forms are available at my.collectivehealth.com — or, contact Collective Health to have an appeal form mailed or emailed to you. You do not need to use a form; a regular letter from you to Collective Health is sufficient.

You can send the appeal submission and attachments by mail or email.

CollectiveHealth Administrators LLC

P.O. Box 78550

San Francisco, CA 94107

help@collectivehealth.com

Phone: 844-803-0209

Collective Health will review your appeal and issue a decision within 60 days. If a medical opinion is required, it will be provided by a medical professional appropriate for the issue being appealed. If Collective Health upholds the original adverse benefit determination, you will receive a notice of final adverse benefit determination that explains the reason for that decision and describes your rights. In all cases, your appeal will be reviewed by individuals who were not involved in the original decision.

## External Review Program

If you have exhausted your internal appeals and are not satisfied with Collective Health's determination of your claim, you may have the right to request review by an independent review organization (IRO). The plan has entered into agreements with three or more IROs that have agreed to perform external reviews. The external review process is available at no charge to you.

External review is available only when Collective Health's adverse benefit determination is based on one of the following:

- Medical necessity or clinical reasons;
- The plan exclusions for experimental, investigational, or unproven services;
- Rescission of coverage (coverage that was cancelled retroactively); or
- As otherwise required by applicable law.

In most situations, your external review will be in the "standard" category below. In urgent situations, you can request an "expedited" external review, which has shorter timelines.

Every external review request should include all of the following information:

- A specific request for an external review
- The subscriber's name, patient's name, and member ID and group number
- If you have an authorized representative, that person's name and contact information
- The service that was denied
- Any new, relevant information that was not provided during the internal appeal

Collective Health's claim or appeal determination notice will provide information about the external review program, including the mailing address, email address, and phone number where review requests may be submitted. A request for external review must be made within <u>four months</u> after you receive the initial determination.

## Standard External Review

When you submit a request for standard external review, here's what will happen:

<u>First</u>, Collective Health will do a preliminary review of your request. This preliminary review will confirm that:

- The patient was covered by the plan at the time they received the healthcare service,
- The patient has finished the internal appeal process (this is called "exhaustion"),
- The claim or appeal decision is eligible for external review, and
- All of the required information has been provided.

<u>After that</u>, Collective Health will provide a notification to you in writing about its preliminary review. If all four criteria are met, your case will be assigned to an IRO for review. Collective Health will choose among its IROs by using a random selection process, so your review is not biased. The IRO will then confirm with you that your request has been accepted for external review.

<u>Then</u>, the IRO will review your case. You may send the IRO any additional information you think will be helpful, within 10 business days of receiving the IRO's acceptance notice. If you submit information later than that, the IRO may (but is not required to) consider that additional information. Either way, Collective Health will give the IRO all of the documents and information that were used in making the determination, such as:

- Relevant medical records;
- Any other documents relied upon by Collective Health; and
- All other information or evidence that you or your physician submitted for consideration.

<u>Finally</u>, the IRO will make a decision. The IRO will take a look at your case with fresh eyes: it will not be bound by any decisions or conclusions reached by Collective Health in the past. The IRO will provide its <u>final external review decision</u> to you in writing within 45 days after it receives the request for the external review—unless they request additional time, and you agree. The IRO will deliver the notice of final external review decision to you and to Collective Health, and it will include the clinical basis for the determination.

If the IRO reverses Collective Health's determination, the plan will immediately provide coverage or payment for your claim, in accordance with the terms of the plan.

## Expedited External Review

An expedited external review is just like a standard external review, except shorter. If your case qualifies for expedited external review, you can submit for review before you've completed the internal appeals process.

When does a case qualify for expedited external review? When Collective Health's determination involves a medical condition where the standard review timeline would seriously jeopardize the patient's life, health, or

DocuSign Envelope ID: 375A2D72-A694-420F-BA29-947B2D48359C

ability to regain maximum function. In addition, if the case concerns emergency services and the patient hasn't yet been discharged from the medical facility, expedited external review is also available.

Requests for expedited external review do not need to be submitted in writing; you may request review by phone, by calling Collective Health.

In an expedited case, Collective Health will not confirm that internal appeals have been exhausted; instead, Collective Health's preliminary review will only consider whether the patient was covered by the plan at the time of the services and that all of the required information has been provided.

Collective Health will use the quickest means to submit your case to the IRO, such as by phone or digital transmission. The IRO's decision-making process will be the same, except that the IRO will notify you within 72 hours of receiving your request. The IRO may notify you of its decision by phone; if so, you'll also receive written confirmation within 48 hours after that.

# Section 10: Your Rights to Continue Coverage

This plan is sponsored by your employer; it's intended to cover you (and your dependents, if any) only while you are employed by SpaceX and you meet the plan's eligibility requirements. But in some circumstances, you may have the right to continue your membership in this plan beyond the time when your coverage would otherwise end. This section describes when and how you can keep yourself and your dependents covered:

- Continuing your benefits coverage under COBRA.
- Continuing your benefits coverage during uniformed service.
- Continuing your benefits coverage during a leave of absence from work.

## Continuing Your Benefits Coverage Under COBRA

COBRA is a federal law that gives you and your family the opportunity to extend your SpaceX healthcare benefits in certain circumstances where your coverage would otherwise end. This section describes your COBRA rights and responsibilities. You may also receive a separate notice from SpaceX's COBRA administrator, which describes COBRA in more detail.

**What is COBRA?** When something happens that would cause your coverage under this plan to end (for example, if you lose your job with SpaceX), COBRA may give you the right to a temporary extension of your coverage. COBRA allows you to continue coverage only in certain circumstances (called qualifying events), and only if you and your dependents meet certain criteria (if you are qualified beneficiaries). To get COBRA coverage, you will have to follow very specific rules for notifying the plan, you will have to pay more than your normal employee contribution, and you will have to pay on time every month until your COBRA coverage ends.

**Who is in charge of COBRA administration?** SpaceX uses a company named Discovery Benefits to administer its COBRA program. If you experience a qualifying event, Discovery Benefits will send you a

DocuSign Envelope ID: 375A2D72-A694-430F-BA39-947B8D483F9C

COBRA packet with information and election instructions. If you elect to receive COBRA benefits, you will send your payments to Discovery Benefits, and they may reach out to you directly as part of their administration responsibilities. You should contact Discovery Benefits with any COBRA-specific questions, or reach out to Collective Health for general assistance.

Discovery Benefits

4321 20th Avenue S

Fargo, ND 58103

Tel: 866-451-3399

Fax: 888-408-7224

https://www.discoverybenefits.com

**What are the qualifying events that trigger COBRA rights?** A qualifying event is one of the following events, which would cause you or your dependents to lose your SpaceX healthcare benefits:

1. If you quit your job at SpaceX, or if you are fired (except if you are fired for gross misconduct)
2. If your work hours are reduced enough that you are no longer eligible for benefits under this plan
3. If your marriage ends by divorce or legal separation
4. If your dependent child stops being eligible for benefits under this plan (because they turn 26 or are no longer disabled)
5. If you become entitled to Medicare and this results in you losing coverage under this plan
6. In the case of your dependents' rights to continue coverage, if you die

If you and/or your dependents experience a qualifying event, you each may have a right to continue coverage under this plan.

**Who are the qualified beneficiaries who have COBRA rights?** You (an employee of SpaceX), your spouse, and your children (including QMCSO children) are qualified beneficiaries if you were each enrolled in this plan the day before the qualifying event happened, and if the qualifying event caused you to lose coverage under this plan.

For example: if you lose your job at SpaceX, your coverage and your enrolled dependents' coverage will terminate. All of you will be qualified beneficiaries.

Another example: if you divorce your dependent spouse but retain custody of your children, your spouse's coverage will terminate, but yours (and your enrolled children's) will not. Your spouse will be the only qualified beneficiary.

If you are covered by COBRA, and you have a child (naturally or through adoption) during your COBRA coverage, your new child is also a qualified beneficiary with COBRA rights.

You can elect to receive COBRA coverage even if you are already eligible for Medicare or you are already covered under another group health plan. But if you become eligible for Medicare or get coverage under another plan after you elect COBRA, your COBRA coverage will terminate.

DocuSign Envelope ID: 375A22D72-A694-420F-BA29-947B2D48259C

**How much will it cost me to have COBRA coverage?** While you are employed, SpaceX subsidizes your healthcare benefits under this plan. If you want to receive COBRA coverage, you must pay the COBRA premium, which is the cost of your benefits without that subsidy, plus a 2% administration fee. (Your COBRA premium will almost always be higher than what you paid while you were enrolled as a full-time, active employee.) Your COBRA packet will tell you exactly what your COBRA premium will be.

**What do I have to do to get COBRA coverage?** Your notice responsibilities and the amount of time you have to elect COBRA coverage will vary depending on what qualifying event you experience.

If you get divorced or separated, or if your dependent child loses eligibility:

- You must notify SpaceX's benefits team, in writing, by filling out and submitting the appropriate COBRA form. You can get this form from SpaceX, or you can contact Collective Health to ask for one.
- You must provide the notice form to SpaceX within 60 days of the qualifying event. THERE ARE NO EXCEPTIONS: if you miss the 60-day notice window, all qualified beneficiaries will lose their right to elect COBRA.
- If your qualifying event was the end of your marriage, you may be required to provide a copy of your legal divorce decree or separation document to SpaceX.
- You must pay your COBRA premium within 45 days of the day you elect COBRA. THERE ARE NO EXCEPTIONS: if you miss the 45-day payment window for your first payment, all qualified beneficiaries will lose their COBRA benefits.

If you lose your job, your hours are reduced, or you become Medicare-eligible:

- You do not need to notify anyone of your qualifying event or request materials. You should automatically receive a COBRA packet, including election paperwork, in the mail from the COBRA administrator shortly after your qualifying event. Your packet will have all of the forms and instructions you need to make your election.
- You must return your election form within 60 days of the date you receive your COBRA packet or the date your coverage would terminate, whichever is later.
- You must pay your COBRA premium within 45 days of the day you elect COBRA. THERE ARE NO EXCEPTIONS: if you miss the 45-day payment window for your first payment, all qualified beneficiaries will lose their COBRA benefits.

Notice or election by any other method is not acceptable. You must follow the procedures exactly to ensure you and your dependents receive your COBRA coverage. Contact the COBRA administrator with any specific questions, or reach out to Collective Health for general guidance.

**How long does COBRA coverage last?** The amount of time you can keep COBRA benefits will vary based on what qualifying event you experience. COBRA coverage will never last more than 36 months from the original qualifying event date.

- If you lose your job or have a reduction in work hours, you have up to 18 months of COBRA coverage.

DocuSign Envelope ID: 375A2D70-A694-430E-BA29-947B2D483E9C

> > If your family has a second qualifying event during these 18 months—if your dependent child loses eligibility, your marriage ends, you enroll in Medicare, or you die—your dependents' coverage will be extended to 36 months from the date of the original qualifying. The same notice requirements apply.

> > If you or your dependents are determined to have been disabled (for Social Security disability purposes) at the time of, or within 60 days after, the COBRA qualifying event, you may extend your COBRA coverage for all qualified beneficiaries for up to 29 months total, from the date of the original qualifying event. You must notify Discovery Benefits of the disability determination within 60 days of the disability determination or the qualifying event, whichever is later.

- If you enroll in Medicare while an active employee of SpaceX and then, within 18 months, lose your job or have a reduction in work hours, you have up to 36 months of COBRA coverage from the date you enrolled in Medicare.

- If you have a divorce or legal separation, your dependent loses dependent status, you enroll in Medicare or you die, you (and your family members that are qualified beneficiaries) have up to 36 months of COBRA coverage.

In some cases, your COBRA coverage will end before your 18, 29, or 36 months are up. Your coverage will terminate immediately:

- If SpaceX stops providing healthcare benefits to its employees.
- If you don't pay your COBRA premium on time. (After the first payment, which must be on time, you will have a 30-day grace period for remaining payments.)
- On the day you begin coverage under another group health plan after electing COBRA coverage.
- When you first enroll in Medicare after electing COBRA coverage.
- For cause under the plan (such as if you commit fraud), to the extent permitted by law.
- If Social Security makes a final determination that you or your dependent are not disabled, and this disability was the basis for your COBRA coverage.

**I still don't understand COBRA. Help?** You're not alone—COBRA can be very confusing, and the procedures you must follow to make sure you retain your COBRA rights are very specific. Don't hesitate to ask questions: contact the COBRA administrator, reach out to Collective Health, or ask SpaceX's benefits team if you need assistance.

## Continuing Your Benefits Coverage During Uniformed Service

USERRA (the Uniformed Services Employment and Reemployment Rights Act) protects the job rights of individuals who—voluntarily or involuntarily—leave their jobs to serve in this country's uniformed services. This protection extends to the healthcare benefits that you received as part of your employment.

If you leave your job to perform qualifying service, you have the right to continue your existing employer-sponsored health plan coverage for you and your dependents (if any) for up to 24 months while you serve. (USERRA continuation coverage will run concurrently with any COBRA continuation coverage.) You must notify SpaceX or Collective Health that you want USERRA coverage within 60 days of your first day of qualifying service (in other words, within 60 days from the first day you are absent from work because you are

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B8D48359C

performing service). Your coverage will be retroactive to your first day of qualifying service. Unlike COBRA, USERRA doesn't provide independent continuation rights to your dependents: they will only be eligible for continued coverage if you elect USERRA coverage for yourself.

USERRA coverage requires you to pay for your continued benefits. If your service is for 30 days or less, you must pay the same employee contribution that you would usually pay while employed. If your service is for more than 30 days, you must pay the COBRA premium amount. You will be provided the COBRA premium amount when you inform the plan that you want USERRA coverage. Payment is due on the first day of the month, and you will have a 30-day grace period to make each payment. If you fail to make your payment on time (including the grace period), your coverage will be terminated, and cannot be reinstated until you return to work.

Your USERRA coverage may be terminated if:

- SpaceX stops providing group health coverage to its employees.
- You fail to return from service or re-apply for employment with SpaceX.
- There is good cause to terminate your coverage under the terms of this plan (for example, if you submit fraudulent claims).

Even if you don't elect to continue coverage during your service, you have the right to be reinstated in your employer-sponsored health plan when you are re-employed. However, the plan will not cover service-connected illnesses or injuries (which should be covered by your military insurance).

## Continuing Your Benefits Coverage During a Leave of Absence from Work

If you take a leave of absence from work, you may be able to continue receiving coverage under this plan, for yourself and any dependents, during your leave. Your specific rights and responsibilities are described in the governing documents for SpaceX's employee benefits plans. Contact SpaceX's benefits team for more information about your rights to continue coverage during a leave of absence, including whether you must pay the full cost of coverage and whether your coverage will be reinstated when you return to work.

**Family and Medical Leave.** This plan will comply with the Family and Medical Leave Act of 1993 (FMLA) and the Department of Labor regulations that implement FMLA. While on FMLA leave, your coverage will continue on the same terms (and at the same monthly cost to you) as you had before your leave began, for the full period of your FMLA leave. If you choose to end your coverage for the period of your FMLA leave, your coverage will be reinstated when you return to work.

**Other employer-approved leave of absence.** If you take a leave of absence that is approved by SpaceX and that is a paid leave (meaning you continue receiving your wages while you are on leave), your coverage will continue on the same terms (and at the same monthly cost to you) as you had before your leave began. This is true if, for example, you take a statutory, parental, medical, or other contractually protected leave of absence.

If you take a personal unpaid leave of absence during your employment, SpaceX will discontinue its contribution toward the cost of your health plan, unless otherwise required by law. You will have the option to

DocuSign Envelope ID: 375A2D72-A694-430F-BA23-947B9D483E9C

continue your health benefits through COBRA (see above), but you will be responsible for paying the full COBRA premium as long as you wish to continue coverage.

While you are on leave, you will have the same rights to participate in open enrollment as all other participating employees who are not on leave. This means that if open enrollment falls during your leave, you will still be able to make elections for coverage for the next plan year, as long as you and your dependents still meet the eligibility requirements.

All of these determinations will be made in accordance with SpaceX's leave of absence policies. Contact SpaceX's benefits team for information about how you can continue coverage while you are on leave.

# Section 11: Coordination of Benefits

This section describes how benefits under this plan will be coordinated with any other healthcare plan that provides benefits to you or your dependents. For example, if you are a member of this plan and also enrolled as a dependent on your spouse's employer-sponsored health plan, this plan will coordinate its benefits with your other plan's benefits. One plan will pay out full benefits first (called primary), and then the other plan will begin paying benefits (called secondary), until all of the benefits are exhausted or until the allowed amount for your care is paid. Your total benefits from all of your healthcare plans will never exceed the actual cost of your care.

The rules governing who pays primary and who pays secondary are different depending on the other healthcare benefits plan you have. This section lays out those rules. If you are confused or have any questions, you can contact Collective Health for guidance.

## When the Plan Will Coordinate Benefits

This plan will coordinate benefits with any insurance, program, or other arrangement that entitles you or your dependents to payment or reimbursement of medical expenses. For example: if you are also covered under your spouse's employer-sponsored healthcare plan; if you have disability insurance that reimburses medical expenses; or if you are covered by Medicare or Tricare. The only time we will not is when coordination of benefits is legally prohibited.

## This Plan's Coordination Rules

1. Does the other plan have a coordination of benefits (COB) provision—a section like this one? If it does not, then the other plan will always pay primary.
2. The plan that covers a person as a retiree or laid-off employee (not an active employee), including COBRA, will pay secondary to a plan covering that person as an active employee.
   a. Not all plans have this "retiree" rule in their COB provisions. If the other plan does not have the retiree rule, and that results in a conflict over who pays secondary, the retiree rule does not apply.

DocuSign Envelope ID: 375A2D70-A694-420F-BA29-947B9D48359C

3. If a person is covered under a disability extension from a previous plan, that plan will pay primary and this plan will pay secondary.

4. The plan that covers a person as an active employee will always pay primary over the plan that covers that person as a dependent. (For example: if your spouse is covered by her work and is also a dependent on your SpaceX plan, your spouse's work plan pays primary for her, and this plan pays secondary for her.)

5. For a dependent child covered by more than one parent (including step-parents):

    a. If there is a court order establishing that one parent has financial responsibility for the healthcare expenses of the child (or a QMCSO), that parent's plan will <u>always</u> pay primary.

    b. If the child's parents are married (not separated or divorced):

        i. The plan of the parent whose birthday is earlier in the calendar year will pay primary, and the plan of the other parent will pay secondary. (For example: if you [DOB Jan. 12, 1960] and your spouse [DOB Nov. 15, 1955] both cover your child as a dependent, your plan will pay primary and your spouse's plan will pay secondary.)

        ii. Not all plans have this "birthday" rule in their COB provisions. If the other plan that covers a dependent child does not have the birthday rule, and that results in a conflict over who should pay primary, the other plan (the one without the birthday rule) will control.

    c. If the child's parents are separated or divorced:

        i. The plan of the parent with custody of the child will pay primary.

        ii. If the parent with custody has remarried, the plan of that parent's spouse (the child's step-parent) will pay secondary.

        iii. The plan of the parent without custody of the child will be the last to pay.

6. Medicare, Tricare, and state children's health insurance plans will pay primary, secondary, or last as required by federal and state laws.

    a. To the extent permitted by law, if you are eligible for Medicare but have not enrolled in Medicare, and Medicare would have paid primary if you were covered, this plan will reduce its benefits as if you were covered by Medicare.

    b. This plan will pay primary (and Medicare will pay secondary) for Medicare-eligible individuals who:

        i. Are active current employees age 65 and older, and spouses age 65 and older of active current employees;

        ii. Have end-stage renal disease, for a limited period of time; or

        iii. Are under age 65 and disabled.

7. If none of the rules above apply, then the plan that has covered the person for a longer period of time will pay primary. (For example: if this plan has covered you for four months and your other plan has covered you for four years, the other plan will pay primary and this plan will pay secondary.)

8. The plan will <u>never</u> reduce benefits because you or your dependents are eligible for or covered by Medicaid.

DocuSign Envelope ID: 375A2D70-A694-420F-BA29-947B9D483F9C

## What Coordination Means for Your Benefits

If this plan is paying primary, then the plan will pay benefits as usual, without any reduction—in other words, the fact that you have additional secondary coverage will not reduce your benefits under this plan.

If this plan is paying as secondary, the plan will calculate its standard benefit payment for the services in absence of another insurer. This standard benefit payment will use the lesser of 1) the plan's allowed amount or 2) your primary insurer's allowed amount, except where your primary insurer is Medicare, then the plan will use Medicare's allowed amount. The plan will only pay as secondary if the amount your primary plan paid is lower than the allowed amount used for the standard benefit payment. The plan's secondary payment will not exceed its normal benefit payment in the absence of a primary insurer. This Coordination of Benefits payment methodology is called traditional.

If your primary plan does not cover certain services that are covered by this plan, then this plan will pay for those services as primary. If this plan is supposed to pay primary, but your secondary coverage pays instead, Collective Health may provide repayment to your other coverage. This repayment will be considered a benefit to you under this plan.

# Section 12: The Plan's Right to Repayment

In some circumstances, this plan will be entitled to a refund for some or all of the benefits it pays for your medical care—for example, because a third party is responsible for your injuries, or your provider over-billed the plan, or the plan made a payment in error. This section describes the plan's rights to seek recovery from the person responsible for your injuries and refunds of overpayments.

Read this section carefully, because it describes your obligations to the plan and the potential consequences of not meeting those obligations.

## Recovery from the Person Responsible for Your Injuries

Your illness or injury may be someone else's fault. For example, if you are in a car accident and you dislocate your shoulder, the other driver may be held responsible for the accident and for your resulting injuries. The plan may pay for the treatment of your dislocated shoulder in the first instance after your accident. But if you receive money from the person responsible for your injuries, the plan is entitled to be paid back from those proceeds. Even if you choose not to pursue your claim, the plan is entitled to seek recovery from the person who is financially responsible for your injuries (in the car accident example, this could be the other driver or his insurance company or even your own insurance company).

This section describes the rules that apply when another person or entity (a "third party") may be responsible for your injury or illness. The rights and obligations described in this section apply to you and also independently to your dependents.

DocuSign Envelope ID: 375A2D72-A694-420F-BA29-947B8D48359C

By accepting healthcare benefits under this plan, you agree to automatically assign to the plan any rights you may have to recover from third parties for your injuries.

- The plan has the right to repayment for the full cost of your care (both medical and pharmacy), from the first dollar you recover, up to 100% of what the third party pays you. But the plan will not seek recovery for amounts over what the plan paid for your care.
- The plan is entitled to any funds you recover from the third party, even if they are labeled as something other than medical costs, such as "non-economic damages" or "punitive damages."
- The plan has the right to recover funds even if you are not made whole. The "make whole" doctrine does not apply.
- The plan is not required to reimburse you for any attorneys' fees or costs that you incur during the process of seeking damages from a third party. The "common fund," "fund," or "attorneys' fund" doctrines do not apply.
- Whether or not you decide to pursue a claim against the third party responsible for your illness or injury, the plan can make its own claim against the third party.
- You must cooperate with the plan's efforts to seek recovery from a responsible third party. Specifically, you must:
  - Respond to any requests for information about any accidents or injuries. These requests may come from someone other than Collective Health.
  - Provide any relevant information requested.
  - Sign, and deliver, any required documents.
  - Notify the plan of any legal claims you may have against third parties for your injuries or illness.
  - Participate as needed in the plan's efforts to recover funds, including participating in medical examinations and appearing at legal proceedings (such as depositions or court hearings).
  - If requested, assign to the plan all rights of recovery you have against third parties, to the extent the plan paid benefits to you.
- You may not settle or release your claims against the third party without first obtaining the consent of the plan administrator.
- If you receive any payment from a third party, and the plan claims that those funds are owed to the plan, you must hold those funds in trust—either in a separate bank account in your name, or in your attorney's trust account. You must serve as trustee over those funds, to the extent the plan paid benefits to you.
- You must promptly reimburse the plan if you receive any recovery related to your injuries or illness.
- The plan's rights under this section apply even if you die as a result of your injuries, if a third party is responsible to your survivors.

If a child receives benefits from the plan for an illness or injury caused by a third party, then these rules apply to the parents, guardians, or other representatives of that child.

If you fail to meet your obligations under this section, the plan may refuse to pay benefits for your injuries, or may reduce your future benefits until the plan has been fully repaid.

DocuSign Envelope ID: 375A2D70-A694-430E-BA29-947B9D483E9C

## Refund of Overpayments

When you need medical treatment, this plan may pay benefits first and ask questions later so that your care is not unnecessarily delayed. Sometimes, this approach may result in the plan paying more for your care than it should. This is called overpayment.

For example, the plan may pay a physician's invoice for your treatment, and later discover that the invoice was billed for services you didn't receive. Or, the plan may pay the provider and reimburse you for the same treatment. In any case where the plan pays more than it should (even if the mistake was ours), the plan may seek a refund.

In the case of overpayment, the plan has the right to seek a refund from you, your physician, a medical facility, another health benefit plan, or other person or entity as appropriate. You agree, as a member of this plan, to refund the plan when you received the overpayment, and to assist the plan in recovering overpayments from others.

If you fail to meet your obligations under this section, the plan may refuse to pay benefits for your injuries, or may reduce your future benefits until the plan has been fully repaid.


# Section 13: Changes to This Plan's Terms

SpaceX intends to maintain this plan indefinitely. At the same time, SpaceX (as the plan's sponsor) reserves the right to change, interpret, modify, withdraw or add benefits to, or terminate this plan—at any time, in its sole discretion, and without your approval. Any amendments, changes, or termination are effective on the date specified by SpaceX. If the terms of this plan or its costs change substantially, you may be given a right to change your enrollment selection mid-year.

If this plan is terminated, your rights and benefits are limited to the healthcare services you incurred before termination. SpaceX may set a deadline for submission of claims after termination of the plan.

Any amendment to or termination of the plan will be made in writing, and you will receive notice of termination or any material modification to the plan. No one has the authority to make any oral modification to this plan's terms.

DocuSign Envelope ID: 375A2D70-A694-430F-BA23-947B2D483E9C

# Section 14: Plan Administration

## Plan Administrator's Responsibilities

Space Exploration Technologies Corp. (referred to as "SpaceX") is the sponsor of this plan. SpaceX is also the plan administrator for this plan. At its discretion, SpaceX may appoint an individual or committee to serve as plan administrator.

The plan administrator has the sole and exclusive discretion to:

- Interpret this SPD;
- Develop policies, practices, and procedures for this plan; and
- Administer this plan in accordance with those policies, practices, and procedures.

The plan administrator will exercise its discretion and fulfill its responsibilities in accordance with the provisions of ERISA. The plan administrator may delegate some of its responsibilities to Collective Health or to other individuals or entities as appropriate. Collective Health may make fiduciary decisions in its role as claims administrator, including but not limited to, developing, interpreting and relying upon policies, practices and procedures for the administration of this plan, but is not generally designated as an ERISA fiduciary, and is not financially responsible for claims.

The plan administrator serves without compensation. However, all expenses for administration of the plan (including compensation for hired services) will be paid by the plan, unless paid by SpaceX.

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B9D483E9C

## Plan Information Summary

| | |
|---|---|
| Plan name | SpaceX PPO plan |
| Plan sponsor's employee identification number | 01-0627671 |
| Plan number | 501 |
| Plan year | January 1 through December 31 |
| Type of plan | Group health plan |
| Type of administration | Self-insured, with Collective Health serving as the third-party administrator |
| Plan administrator | Space Exploration Technologies Corp.<br>1 Rocket Road<br>Hawthorne, CA 90250 |
| Plan sponsor | Space Exploration Technologies Corp.<br>1 Rocket Road<br>Hawthorne, CA 90250 |
| Agent for legal service | Space Exploration Technologies Corp.<br>1 Rocket Road<br>Hawthorne, CA 90250<br>Service of legal process may be made to the head of the legal department or on the plan administrator. |
| Named fiduciary | Space Exploration Technologies Corp.<br>1 Rocket Road<br>Hawthorne, CA 90250 |
| Claims administrator | CollectiveHealth Administrators, LLC<br>85 Bluxome Street<br>San Francisco, CA 94107<br>844-803-0209 |
| Funding medium and contributions | This plan is self-insured: benefits are paid from the general assets of the plan sponsor (Space Exploration Technologies Corp.) and not guaranteed under an insurance policy or contract.<br>The cost of this plan is paid with contributions by the plan sponsor (Space Exploration Technologies Corp.) and contributions by participating employees. Employee contributions will be used first to cover benefits under the plan. |

DocuSign Envelope ID: 375A2D70-A694-430F-BA29-947B2D483E9C

# Section 15: Legal Provisions and Your Legal Rights

## Limitation on Your Right to Sue

You cannot bring any legal action against the plan, the plan administrator, or Collective Health for any reason unless you first complete all of the steps in the appeal process described in Section 9 of this SPD. The appeal process is complete only when you have received a final decision from the plan administrator.

After completing the appeal process, if you want to bring a legal action, you must do so within two years of the date you are notified of the final decision on your appeal. If you do not sue within two years, you lose any rights to bring such an action against the plan, the plan administrator, or Collective Health.

## Your ERISA Rights

As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

- **Receive information about your plan and benefits**

You may examine, without charge, at the plan administrator's office and at other specified locations, all documents governing the plan.

You may obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan and updated summary plan description. The plan administrator may make a reasonable charge for the copies

- **Continue group health plan coverage**

You may continue health care coverage for yourself, spouse or dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this SPD and the documents governing the plan on the rules governing your COBRA continuation coverage rights.

- **Prudent actions by plan fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

DocuSign Envelope ID: 375A22D72-A694-420F-BA29-947B8D48359C

- **Enforce your rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

- **Assistance with your questions**

If you have any questions about this plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Your HIPAA Privacy Rights

Federal regulations under the Health Insurance Portability and Accountability Act (HIPAA) require group health plans to safeguard the privacy of your protected health information (PHI). However, as explained below, the plan may use and disclose PHI, including your PHI, in some cases.

PHI is data about a past, present or future physical or medical condition, treatment received, or payment for healthcare that also identifies the person it relates to. Your PHI will not be used or disclosed by the plan without a written authorization from you, except as described in the HIPAA notice of privacy practices you received from the plan. The plan is allowed to use or disclose PHI for a variety of reasons, including (but not limited to): for treatment, payment and health care operations, pursuant to your authorization, for public health purposes, to SpaceX as the plan sponsor for its plan administrative purposes, as required by law, and as described in the HIPAA notice of privacy practices.

You and your covered dependents will have the rights set forth in the plan's HIPAA notice of privacy practices and any other rights and protections required under HIPAA. The notice may periodically be revised.

To receive more information about the plan's privacy practices or your rights, or to request a copy of the health care components of the plan's notice of privacy practices, you may contact the plan's Privacy Officer, whose contact information is provided below. You may receive the notice of privacy practices by email if you wish.

The plan has established a complaint procedure concerning the handling of PHI. The notice of privacy practices that has been distributed to you explains the complaint procedure. This notice is also available on request. All complaints or issues raised by plan members with respect to the use of their PHI must be submitted in writing to the Privacy Officer.

Eun Yeong Kim

SpaceX

1 Rocket Road

Hawthorne, CA 90250

(310) 978-3746

eunyeong.kim@spacex.com

A response will be provided within a reasonable period of time, including time to investigate and resolve any issues, after the receipt of the written complaint. The Privacy Officer has full discretion in resolving the complaint and making any required interpretations and factual determinations. The decision of the Privacy Officer will be final and be given full deference by all parties.

## Nondiscrimination Policy

This plan will not discriminate against any individual based on race, color, religion, national origin, disability, gender, sexual orientation, or age. This plan will not establish rules for eligibility based on health status, medical condition, claims experience, receipt of health care, medical history, evidence of insurability, genetic information, or disability.

This plan intends to be nondiscriminatory and to meet the requirements under applicable provisions of the Internal Revenue Code of 1986. If the plan administrator determines before or during any plan year that this plan may fail to satisfy any nondiscrimination requirement imposed by the Code or any limitation on benefits provided to highly compensated individuals, the plan administrator shall take such action as the plan administrator deems appropriate, under rules uniformly applicable to similarly situated covered employees, to assure compliance with such requirements or limitation.

## Newborns' and Mothers' Health Protection Act

Group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law

DocuSign Envelope ID: 375A2D79-A694-430F-BA29-947B2D43E59C

generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

## Qualified Medical Child Support Order Procedures

The plan will provide benefits as required by any qualified medical child support order (QMCSO), as defined in ERISA Section 609(a) or National Medical Support Notice. For a copy of the plan's QMCSO procedures, please contact SpaceX's benefits team. The healthcare components of the plan will also provide benefits to dependents children placed with you for adoption under the same terms and conditions as apply in the case of dependent children who are your natural children, in accordance with ERISA Section 609(c).

## Women's Health and Cancer Rights Act

If you have had or are going to have a mastectomy, you may be entitled to certain benefits under the Women's Health and Cancer Rights Act of 1998 (WHCRA). For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the attending physician and the patient, for:

- All stages of reconstruction of the breast on which the mastectomy was performed;
- Surgery and reconstruction of the other breast to produce a symmetrical appearance;
- Prostheses; and
- Treatment of physical complications of the mastectomy, including lymphedema.

These benefits will be provided subject to the same deductibles and coinsurance applicable to other medical and surgical benefits provided under this plan. For more information, please contact Collective Health.

## Mental Health Parity and Addiction Equity

Pursuant to the Mental Health Parity and Addiction Equity Act of 2008, this plan applies its terms uniformly and enforces parity between covered health care benefits and covered mental health and substance disorder benefits relating to financial cost-sharing restrictions and treatment-duration limitations. Claims that are billed with a primary or principal diagnosis code categorized by the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5) as a mental health condition are adjudicated as mental health claims. For further details, please contact Collective Health.

## Genetic Information Nondiscrimination Act

This plan will be operated and maintained in a manner consistent with the Genetic Information Nondiscrimination Act, which provides federal protection from genetic discrimination in health insurance and employment.

DocuSign Envelope ID: 375A2D72-A694-430F-BA29-947B2D483E9C

## Affordable Care Act

This section describes some of the applicable provisions of the federal health care reform laws (known as the Affordable Care Act). These provisions have been incorporated into the plan.

- You can cover your adult children to age 26.
- You do not need prior authorization to obtain in-network OB/GYN services.
- If your medical coverage requires you to designate a primary care physician, you have the right to designate any in-network primary care physician accepting new patients and may designate an in-network pediatrician for your children.
- You may seek emergency medical services at an in-network or out-of-network provider without having to obtain prior authorization and with the same co-payments and deductibles; however, the out-of-network provider may balance bill you for the difference between its charge and the amount paid by the plan.
- Your medical coverage cannot be retroactively cancelled, unless you fail to timely pay premiums or commit intentional misrepresentation or fraud. In other circumstances, you will generally be provided advance notice of cancellation.
- There are no pre-existing condition exclusions and no aggregate annual or lifetime limits.
- You are not required to pay a co-payment or other cost-sharing for in-network preventive and wellness services, such as routine exams, immunizations, mammograms, and routine baby care (see www.healthcare.gov for more information).
- The plan provides minimum value and is affordable as required under the Affordable Care Act.
- You may be entitled to external review of certain health care claims. More detailed information may be found in Section 9 above.

DocuSign Envelope ID: 375A2D79-A694-430F-BA39-947B8D48359C

# Appendix A: Information About the Extended Blues Network

This information is provided by Blue Shield of California and describes benefits you may receive through the BlueCard Program.

## Out of Area Programs

Benefits will be provided for covered services received outside of California within the United States, Puerto Rico, and U.S. Virgin Islands. SpaceX calculates the Participant's copayment either as a percentage of the allowable amount or a dollar copayment, as described in this SPD. When Covered Services are received in another state, the Participant's copayment will be based on the local Blue Cross and/or Blue Shield plan's arrangement with its providers.

Blue Shield of California has a variety of relationships with other Blue Cross and/or Blue Shield plans and their licensed controlled affiliates ("Licensees") referred to generally as "Inter-Plan Programs." Whenever you obtain healthcare services outside of California, the claims for these services may be processed through one of these Inter-Plan Programs, which includes the BlueCard Program.

When you access covered services outside of California you may obtain care from healthcare providers that have a contractual agreement (i.e., are "participating providers") with the local Blue Cross and/or Blue Shield Licensee in that other geographic area ("Host Plan"). In some instances, you may obtain care from nonparticipating healthcare providers. The Administrator's payment practices in both instances are described in this SPD.

If you do not see a Participating Provider through the BlueCard Program, you will have to pay for the entire bill for your medical care and submit a claim form to the local Blue Cross and/or Blue Shield plan or to Collective Health for payment. Collective Health will notify you of its determination within 30 days after receipt of the claim. The plan will pay you at the Non-Preferred Provider Benefit level. Remember, your copayment is higher when you see a Non-Preferred Provider. You will be responsible for paying the entire difference between the amount paid by the plan and the amount billed.

Charges for Services which are not covered, and charges by Non-Preferred Providers in excess of the amount covered by the plan, are the Participant's responsibility and are not included in copayment calculations.

To receive the maximum Benefits of your plan, please follow the procedure below.

When you require covered services while traveling outside of California:

1.      call BlueCard Access® at 1-800-810-BLUE (2583) to locate physicians and hospitals that participate with the local Blue Cross and/or Blue Shield plan, or go on-line at www.bcbs.com and select the "Find a Doctor or Hospital" tab; and,

2.      visit the participating physician or hospital and present your membership card.

DocuSign Envelope ID: 375A22D79-A694-420F-BA39-947B8D48359C

The participating physician or hospital will verify your eligibility and coverage information by calling BlueCard Eligibility at 1-800-676-BLUE. Once verified and after services are provided, a claim is submitted electronically and the participating physician or hospital is paid directly. You may be asked to pay for your applicable copayment and plan deductible at the time you receive the service.

You will receive an explanation of benefits which will show your payment responsibility. You are responsible for the copayment and Plan Deductible amounts shown in the Explanation of Benefits.

Prior authorization is required for all inpatient hospital services and notification is required for Inpatient Emergency Services. Prior authorization is required for selected Inpatient and Outpatient Services, supplies and durable medical equipment. To receive prior authorization from the plan, the out-of-area provider should call the customer service number noted on the back of your identification card.

If you need emergency services, you should seek immediate care from the nearest medical facility. The benefits of this plan will be provided for covered services received anywhere in the world for emergency care of an illness or injury.

## Care for Covered Urgent Care and Emergency Services Outside the United States

Medical benefits will also be provided for covered urgent and emergent medical services received outside of the United States, Puerto Rico, and U.S. Virgin Islands. If you need urgent medical care while out of the country, call the BlueCard Worldwide Service Center at either the toll-free BlueCard Access number (1-800-810-2583) or collect (1- 804-673-1177), 24 hours a day, seven days a week. In an emergency, go directly to the nearest hospital. If your coverage requires precertification or prior authorization, you should also call Collective Health at the customer service number noted on the back of your identification card. For inpatient hospital care, contact the BlueCard Worldwide Service Center to arrange cashless access. If cashless access is arranged, you are responsible for the usual out-of-pocket expenses (non-covered charges, deductibles, and copayments). If cashless access is not arranged, you will have to pay the entire bill for your medical care and submit a claim to the BlueCard Worldwide Service Center.

When you receive services from a physician, you will have to pay the doctor and then submit a medical claim.

Before traveling abroad, call your local customer service office for the most current listing of providers world-wide or you can go on-line at www.bcbs.com and select "Find a Doctor or Hospital" and "BlueCard Worldwide."

## BlueCard Program

Under the BlueCard® Program, when you obtain covered services within the geographic area served by a Host Plan, the plan will remain responsible for any payment due, excluding the Participant's liability (e.g., copayment and plan deductible amounts shown in the Benefits section of the SPD). However the Host Blue is responsible for contracting with and generally handling all interactions with its participating healthcare providers.

DocuSign Envelope ID: 375A2D70-A694-430F-BA29-947B9D48359C

The BlueCard Program enables you to obtain covered services outside of California, as defined, from a healthcare provider participating with a Host plan, where available. The participating healthcare provider will automatically file a claim for the covered services provided to you, so there are no claim forms for you to fill out. You will be responsible for the member copayment and deductible amounts, if any, as stated in this SPD.

Whenever you access covered services outside of California and the claim is processed through the BlueCard Program, the amount you pay for covered services, if not a flat dollar copayment, is calculated based on the lower of:

1.  The billed covered charges for your covered services; or

2.  The negotiated price that the Host plan makes available to Blue Shield of California.

Often, this "negotiated price" will be a simple discount that reflects an actual price that the Host Plan pays to your healthcare provider. Sometimes, it is an estimated price that takes into account special arrangements with your healthcare provider or provider group that may include types of settlements, incentive payments, and/or other credits or charges. Occasionally, it may be an average price, based on a discount that results in expected average savings for similar types of healthcare providers after taking into account the same types of transactions as with an estimated price.

Estimated pricing and average pricing, going forward, also take into account adjustments to correct for over- or underestimation of modifications of past pricing for the types of transaction modifications noted above. However, such adjustments will not affect the price your plan uses for your claim because they will not be applied retroactively to claims already paid.

Laws in a small number of states may require the Host Plan to add a surcharge to your calculation. If any state laws mandate other liability calculation methods, including a surcharge, we would then calculate your liability for any covered services according to applicable law.

Claims for covered services are paid based on the allowed amount as defined in this SPD.

### Special Cases: Value-Based Programs

### BlueCard® Program

If you receive covered services under a Value-Based Program inside a Host Blue's service area, you will not be responsible for paying any of the Provider Incentives, risk-sharing, and/or Care Coordinator Fees that are a part of such an arrangement, except when a Host Blue passes these fees to Blue Shield through average pricing or fee schedule adjustments.

### Negotiated (non-BlueCard Program) Arrangements

If Blue Shield has entered into a Negotiated Arrangement with a Host Blue to provide Value-Based Programs to employer on your behalf, Blue Shield will follow the same procedures for Value-Based Programs administration and Care Coordinator Fees as noted above for the BlueCard Program.

DocuSign Envelope ID: 375A2D72-A694-420E-BA29-947B2D483E9C

Definitions for This Section

Care Coordination: Organized, information-driven patient care activities intended to facilitate the appropriate responses to a participant's healthcare needs across the continuum of care.

Care Coordinator: An individual within a provider organization who facilitates Care Coordination for patients.

Care Coordinator Fee: A fixed amount paid by a Blue Cross and/or Blue Shield Licensee to providers periodically for Care Coordination under a Value-Based Program.

Negotiated Arrangement: An agreement negotiated between a Control/Home Licensee and one or more Par/Host Licensees for any National Account that is not delivered through the BlueCard Program.

Provider Incentive: An additional amount of compensation paid to a healthcare provider by a Blue Cross and/or Blue Shield Plan, based on the provider's compliance with agreed-upon procedural and/or outcome measures for a particular group of covered persons.

Value-Based Program (VBP): An outcomes-based payment arrangement and/or a coordinated care model facilitated with one or more local providers that is evaluated against cost and quality metrics/factors and is reflected in provider payment.

# Appendix B: Pharmacy Benefit Exclusions

 **EXPRESS SCRIPTS®**

## 2017 Preferred Drug List Exclusions

The excluded medications shown below are not covered on the Express Scripts drug list. In most cases, if you fill a prescription for one of these drugs, you will pay the full retail price.

**Take action to avoid paying full price.** If you're currently using one of the excluded medications, please ask your doctor to consider writing you a new prescription for one of the following preferred alternatives.

| Drug Class | Excluded Medications | Preferred Alternatives |
|---|---|---|
| **AUTONOMIC & CENTRAL NERVOUS SYSTEM**<br>Narcotic Antagonists | Evzio | naloxone syringe, Narcan nasal spray |
| Transmucosal Fentanyl Analgesics | Abstral, Fentora, Subsys | fentanyl citrate lozenges, Lazanda |
| **DERMATOLOGICAL**<br>Oral Agents For Rosacea | Doxycycline 40 MG Capsules | Oracea |
| Topical Acne/Antibiotic Combinations | Veltin | clindamycin/benzoyl peroxide, clindamycin/tretinoin, Acanya, Onexton |
| Topical Agents for Actinic Keratosis | Fluorouracil 0.5% Cream, Zyclara | diclofenac gel, fluorouracil 5% cream, fluorouracil 2% solution, imiquimod 5% cream, Carac, Picato |
| **DIABETES**<br>Biguanides | Glumetza | metformin extended-release |
| Blood Glucose Meters & Test Strips | Abbott (FreeStyle, Precision), ADV MED TECH (TRUEtest, TRUEtrack), Advocate, Bayer (Breeze, Contour), Omnis Health (Embrace, Victory), Roche (Accu-Chek), UniStrip | LifeScan (OneTouch) |
| Dipeptidyl Peptidase-4 Inhibitors & Combinations | Alogliptin, Nesina, Onglyza | Januvia, Tradjenta |
| | Alogliptin/Metformin, Kazano, Kombiglyze XR | Janumet, Janumet XR, Jentadueto, Jentadueto XR |
| Glucagon-Like Peptide-1 Agonists | Tanzeum, Victoza | Bydureon, Byetta, Trulicity |
| Insulins<br>**Note:** The Basal Insulins category may be reassessed later this year to reflect anticipated product launches. | Novolin | Humulin |
| | Apidra, NovoLog | Humalog |
| **EAR/NOSE**<br>Nasal Steroids | Beconase AQ, Omnaris, Veramyst, Zetonna | budesonide, flunisolide, fluticasone, mometasone, Qnasl |
| Otic Fluoroquinolone Antibiotics | Cetraxal | ciprofloxacin ear solution, ofloxacin ear solution, Ciprodex |
| **ENDOCRINE (OTHER)**<br>Growth Hormones | Nutropin AQ, Omnitrope, Saizen, Zomacton | Genotropin, Humatrope, Norditropin |
| Topical Estrogen Gels | Estrogel | Divigel |
| Topical Testosterone Products | Fortesta, Natesto, Testim, Testosterone Gel, Vogelxo | AndroGel 1.62%, Axiron |
| **GASTROINTESTINAL**<br>Anti-Inflammatory/Anti-Ulcer Agents | Duexis | ibuprofen PLUS famotidine |
| | Vimovo | omeprazole delayed-release PLUS naproxen sodium |
| Inflammatory Bowel Agents | Asacol HD, Delzicol, Dipentum | balsalazide disodium, sulfasalazine, Apriso, Lialda, Pentasa |
| Pancreatic Enzymes | Pancreaze, Pertzye, Ultresa | Creon, Zenpep |
| **HEMATOLOGICAL**<br>Erythropoiesis-Stimulating Agents | Aranesp, Epogen, Mircera | Procrit |

Continue on back ▶▶

*Continued*

| Drug Class | Excluded Medications | Preferred Alternatives |
|---|---|---|
| **HEPATITIS**<br>Antivirals | ribasphere ribapak, RibaTab | moderiba, ribavirin capsules, ribavirin tablets |
| Hepatitis C*<br>(genotypes 1 & 4)<br>*Note: This category is being reviewed based upon recent product launches.* | Daklinza, Olysio, Sovaldi, Zepatier | Viekira Pak (genotype 1), Technivie (genotype 4) |
| **INFLAMMATORY CONDITIONS**<br>Tumor Necrosis Factor Antagonists and Other Drugs for Inflammatory Conditions<br>** This product may be reassessed later this year to reflect anticipated product launches. | Cimzia, Kineret (Exclude for RA), Orencia, Simponi 50 MG, Taltz | Actemra**, Cosentyx, Enbrel, Humira, Otezla, Remicade, Simponi 100 MG (for ulcerative colitis only), Stelara, Xeljanz, Xeljanz XR |
| **MUSCULOSKELETAL & RHEUMATOLOGY**<br>Gout Therapy | Colchicine | Colcrys, Mitigare |
| **OBSTETRICAL & GYNECOLOGICAL**<br>Gonadotropin-Releasing Hormone (GnRH) Antagonists (for Infertility) | Ganirelix Acetate | Cetrotide |
| Ovulatory Stimulants (Follitropins) | Bravelle, Follistim AQ | Gonal-f, Gonal-f RFF, Gonal-f RFF Redi-ject |
| Vaginal Progesterones | Endometrin | Crinone 8% Gel |
| **OPHTHALMIC**<br>Antiglaucoma Drugs<br>(Beta-Adrenergic Blockers) | Istalol | betaxolol drops, levobunolol drops, timolol drops, Alphagan P 0.1%, Combigan |
| Antiglaucoma Drugs<br>(Ophthalmic Prostaglandins) | Zioptan | latanoprost drops, travoprost drops, Lumigan, Travatan Z |
| Ophthalmic Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) | Acuvail | bromfenac drops, diclofenac drops, ketorolac drops, Ilevro, Nevanac, Prolensa |
| **OSTEOARTHRITIS**<br>Hyaluronic Acid Derivatives | Gel-One, Genvisc 850, Hyalgan, Hymovis, Supartz, Supartz FX, Synvisc, Synvisc-One | Euflexxa, Monovisc, Orthovisc |
| **RESPIRATORY**<br>Pulmonary Anti-Inflammatory Inhalers | Alvesco | Arnuity Ellipta, Asmanex HFA/Twisthaler, Flovent Diskus/HFA, Pulmicort Flexhaler, QVAR |
| Short-Acting Beta$_2$-Agonist Inhalers | Proventil HFA, Xopenex HFA | ProAir HFA/RespiClick, Ventolin HFA |
| **UROLOGICAL**<br>Erectile Dysfunction Oral Agents | Levitra, Staxyn, Stendra | Cialis, Viagra |
| **WEIGHT LOSS**<br>Weight Loss Agents | Qsymia | phentermine |

* Excluded medications may be covered for selected genotypes with a coverage review.

*Additional covered alternatives may be available. Costs for covered alternatives may vary. Log on to* **Express-Scripts.com/covered** *to compare drug prices. Other prescription benefit considerations may apply.*

## Excluded Medications/Products at a Glance

| | | | | |
|---|---|---|---|---|
| Abbott (FreeStyle, Precision) | Daklinza | Hymovis | Orencia | Taltz |
| Abstral | Delzicol | Istalol | Pancrease | Tanzeum |
| Acuvail | Dipentum | Kazano | Pertzye | Testim |
| ADV MED TECH | Doxycycline 40 MG Capsules | Kineret (Exclude for RA) | Proventil HFA | Testosterone Gel |
| (TRUEtest, TRUEtrack) | Duexis | Kombiglyze XR | Qsymia | Ultresa |
| Advocate | Endometrin | Levitra | ribasphere ribapak | UniStrip |
| Alogliptin | Epogen | Mircera | RibaTab | Veltin |
| Alogliptin/Metformin | Estrogel | Natesto | Roche (Accu-Chek) | Veramyst |
| Alvesco | Evzio | Nesina | Saizen | Victoza |
| Apidra | Fentora | Novolin | Simponi 50 MG | Vimovo |
| Aranesp | Fluorouracil 0.5% Cream | NovoLog | Sovaldi | Vogelxo |
| Asacol HD | Follistim AQ | Nutropin AQ | Staxyn | Xopenex HFA |
| Bayer (Breeze, Contour) | Fortesta | Olysio | Stendra | Zepatier |
| Beconase AQ | Ganirelix Acetate | Omnaris | Subsys | Zetonna |
| Bravelle | Gel-One | Omnis Health | Supartz | Zioptan |
| Cetraxal | Genvisc 850 | (Embrace, Victory) | Supartz FX | Zomacton |
| Cimzia | Glumetza | Omnitrope | Synvisc | Zyclara |
| Colchicine | Hyalgan | Onglyza | Synvisc-One | |

Express Scripts manages your prescription benefit for your employer, plan sponsor or health plan. These changes apply to most Express Scripts national drug lists; does not apply to Medicare plans.

© 2017 Express Scripts. All Rights Reserved. Express Scripts and "E" Logo are trademarks of Express Scripts and/or its subsidiaries. Other trademarks are the property of their respective owners. DL4412BQ-SD.17 204612 (07/01/2016)

DocuSign Envelope ID: 375A2D79-A684-480F-B129-847B9D43259C

# Appendix C: Nondiscrimination and Accessibility Requirements



## Notice Informing Individuals about Nondiscrimination and Accessibility Requirements

### Discrimination is against the law

Blue Shield of California complies with applicable federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability or sex. Blue Shield of California does not exclude people or treat them differently because of race, color, national origin, age, disability or sex.

Blue Shield of California:

- Provides aids and services at no cost to people with disabilities to communicate effectively with us such as:
  - Qualified sign language interpreters
  - Written information in other formats (including large print, audio, accessible electronic formats and other formats)
- Provides language services at no cost to people whose primary language is not English such as:
  - Qualified interpreters
  - Information written in other languages

If you need these services, contact the Blue Shield of California Civil Rights Coordinator.

If you believe that Blue Shield of California has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability or sex, you can file a grievance with:

Blue Shield of California
Civil Rights Coordinator
P.O. Box 629007
El Dorado Hills, CA 95762-9007

**Phone: (844) 831-4133 (TTY: 711)**
**Fax: (916) 350-7405**
**Email: BlueShieldCivilRightsCoordinator@blueshieldca.com**

You can file a grievance in person or by mail, fax or email. If you need help filing a grievance, our Civil Rights Coordinator is available to help you.

Blue Shield of California is an independent member of the Blue Shield Association   A49159 (2/17)

**Blue Shield of California**
50 Beale Street, San Francisco, CA 94105

blueshieldca.com

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue SW.
Room 509F, HHH Building
Washington, DC 20201
(800) 368-1019; TTY: (800) 537-7697

Complaint forms are available at www.hhs.gov/ocr/office/file/index.html.

## Language Access Services

English: For assistance in English at no cost, call 1-866-346-7198.

Spanish (Español): Para obtener asistencia en Español sin cargo, llame al 1-866-346-7198.

Tagalog (Tagalog): Kung kailanganninyo ang libreng tulongsa Tagalog tumawag sa 1-866-346-7198.

Chinese (中文)：如果需要中文的免费帮助，请拨打这个号码 1-866-346-7198.

Navajo (Diné): Diné k'ehjí doo bąąh ílínígó shíka' at'oowoł nínízingo, kwiji' hodíílnih 1-866-346-7198.

Vietnamese (Tiếng Việt): Đểđược hỗ trợ miễn phí tiếng Việt, vui lòng gọi đến số 1-866-346-7198.

Korean (한국어): 한국어도움이필요하시면, 1-866-346-7198 무료전화 로전화하십시오.

Armenian (Հայերեն): Հայերենլեզվովանվճարoգնությունստանալունպատահամարզանգահարեք ենթրվանահամարեք 1-866-346-7198.

Russian (Русский): если нужна бесплатная помощь на русском языке, то позвоните 1-866-346-7198.

Japanese (日本語): 日本語支援が必要な場合、1-866-346-7198 に電話をかけてください。無料で提供します。

Persian (فارسی): برای دریافت کمک رایگان زبان فارسی،لطفاً با شماره تلفن 7198-346-866-1 تماس بگیرید. (فارسی)

Punjabi(ਪੰਜਾਬੀ): ਪੰਜਾਬੀ ਵਿਚ ਮਦਦ ਲਈ ਮੁਫ਼ਤ ਕਾਲ ਕਰੋ 7198-346-866-1 ਤੇ ਮੁਫ਼ਤ ਕਾਲ ਕਰੋ:

Khmer (ខ្មែរ): ស្វែងរកជំនួយឥតគិតថ្លៃជាភាសាខ្មែរ សូមទូរស័ព្ទ 1-866-346-7198.

Arabic (العربية): للحصول على المساعدة في اللغة العربية مجانا ، تفضل باتصال على هذا الرقم: 7198-346-866-1. (العربية)

Hmong (Hnoob): Xav tau kev pab dawb lub Hmoob, thov hu rau 1-866-346-7198.

Hindi (हिन्दी): हिन्दीमेंबिना खर्च केसहायताकेलिए, 1-866-346-7198 परकॉलकरें।

Thai (ไทย): สำหรับความช่วยเหลือเป็นภาษาไทยโดยไม่มีค่าใช้จ่ายโปรดโทร 1-866-346-7198.

blue 🛡 of california                                    blueshieldca.com