# Exhibit B


blue of california

02/21/2018

Member Name:         J█████ F█████
Date of Birth:       07/10/1961
Member ID:           63262352C
Reference Number:    H84893513
Requesting Provider: ARA DEUKMEDJIAN,

Dear J█████ F█████,

We have received a request for services from the above provider. Coverage for the service(s) has been approved.

Approved Requested Service(s):

| Code | Modifier 1 | Modifier 2 | Description | Effective Date | Expiration Date | Quantity |
|---|---|---|---|---|---|---|
| 22853 | | | INSERT DEVICE INTERVERTEBRAL DISC | 02/15/2018 | 05/16/2018 | 3.0 |
| 22846 | | | ANTERIOR INSTRUMENTATION 4-7 VERTEBRAL SEGMENTS | 02/15/2018 | 05/16/2018 | 1.0 |
| 20930 | | | ALLOGRAFT FOR SPINE SURGERY ONLY MORSELIZED | 02/15/2018 | 05/16/2018 | 1.0 |
| 20936 | | | AUTOGRAFT SPINE SURGERY LOCAL FROM SAME INCISION | 02/15/2018 | 05/16/2018 | 1.0 |
| L8699 | | | PROSTHETIC IMPLANT NOT OTHERWISE SPECIFIED | 02/15/2018 | 05/16/2018 | 1.0 |

Our records indicate that the facility and provider selected for the services requested are participating providers; we anticipate the provider and facility will accept our determination and not bill you for charges in excess of the allowed amounts. Benefits are based on the allowable amount(s), and are payable at the percentage specified in your Summary Plan Description health plan contract. The subscriber is responsible for charges applied to the deductible, co-payment, and any non-covered services. Use of a Blue Cross/Blue Shield provider will maximize your benefits. You

Page 1 of 2

Blue Shield of California
Medical Care Solutions, P.O. Box 629005, El Dorado Hills, CA 95762-9005          blueshieldca.com



blue of california

may call 1-800-810-BLUE or visit http://provider.bcbs.com to determine if a provider is a Blue Cross/Blue Shield provider.

Requests for coverage of additional visits, treatments, testing or surgery may require authorization/precertification by Blue Shield of California. Failure to obtain authorization/pre-certification, when required, may result in a reduction of benefits in accordance with the terms of your plan.

This letter does not constitute a preadmission review. Your health plan requires that your physician or you contact Blue Shield of California at least five (5) days prior to any scheduled hospitalization or within one (1) business day following an emergency admission. When a date has been scheduled for this hospitalization, call Medical Care Solutions at 1-800-541-6652 option 6 to obtain the necessary preadmission review.

Requests for prior authorization/pre-certification are reviewed for medical necessity and available plan benefits. An authorization is subject to your eligibility on the date of service. All prior authorizations/pre certifications are administered in accordance with applicable state and federal law. Limitations, copayments, and restrictions may apply.

Should you have any questions or require additional information, please call Blue Shield of California at 1-800-541-6652 option 6.

Please contact the plan administrator at the customer service phone number on the cover page of this letter with any benefit questions.

Sincerely,
Medical Care Solutions

C:    ARA DEUKMEDJIAN,
      ARA DEUKMEDJIAN,


Enclosure(s):   Notice of Non-Discrimination
                Language Assistance Program

Page 2 of 2

Blue Shield of California
Medical Care Solutions, P.O. Box 629005, El Dorado Hills, CA 95762-9005                    blueshieldca.com