# Exhibit C

**BlueCross BlueShield of Florida**
An Independent Licensee of the Blue Cross and Blue Shield Association

05/09/2018



PO Box 44267
532 Riverside Avenue
Jacksonville, FL 32231-4267

Page 3

| TO: SURGERY CENTER OF VIERA LLC | | Tax ID: 27517267 | | | | Check/EFT Number: 310422167 | | | Total Paid: $1,098.25 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Services Delivered

| Claim No. Adjustment ID by /S.R.G. | D.R.G. | Patient Account Number | Patient Name | Claim From Date | Claim To Date | CPT/Rev Code M1 M2 | HCPC Code | Days/ Units | Charges | Allowed/Diff Amount Applied | SOS Other Carrier | Medicare Report Number Co Pay | Co Ins. | HIC Number Deductible | MPD Amount | Patient Resp. | Remarks | Amount Interest Paid Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 04/12/2017 | 04/12/2017 | 490 | 62323 | 0001 | -$7,900.00 | -$7,900.00 | $0.00 | $0.00 | $0.00 | -$507.19 | -$7,900.00 | $0.00 | | 1,29,10 |
| | | | **TOTAL:** | | | | | | -$7,900.00 | -$7,900.00 | $0.00 | $0.00 | $0.00 | -$507.19 | -$7,900.00 | $0.00 | | $0.00 |
| 6ER SURGERY CENTER OF VIERA LLC | | | | | | | SXM63262352C | | 09020180734838100 | | | | | | | | | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22846 | 0001 | $38,293.00 | $38,293.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38,293.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22551 | 0001 | $43,286.00 | $43,286.00 | $0.00 | $0.00 | $0.00 | $0.00 | $43,286.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22552 | 0001 | $12,848.00 | $12,848.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,848.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22552 | 0001 | $12,848.00 | $12,848.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,848.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | $10,641.00 | $10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,641.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | $10,641.00 | $10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,641.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 20936 | 0001 | $6,243.00 | $6,243.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,243.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 20930 | 0001 | $2,390.00 | $2,390.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,390.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 329 | 95955 | 0001 | $1,975.00 | $1,975.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,975.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 329 | 95937 | 0001 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,750.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 329 | 95938 | 0001 | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $0.00 | 11,12 | |
| H10000657352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 278 | L8699 | 0001 | $58,173.00 | $58,173.00 | $0.00 | $0.00 | $0.00 | $0.00 | $58,173.00 | $0.00 | 11,12 | |
| | | | **TOTAL:** | | | | | | $210,979.00 | $210,979.00 | $0.00 | $0.00 | $0.00 | $0.00 | $210,979.00 | $0.00 | | $0.00 |
| | | | | 04/18/2018 | 04/18/2018 | 490 | 64635 | 0001 | $21,791.00 | $21,791.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5,10 | |
| | | | | 04/18/2018 | 04/18/2018 | 490 | 64636 | 0001 | $3,980.00 | $3,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5,10 | |
| | | | | 04/18/2018 | 04/18/2018 | 490 | 64636 | 0001 | $3,980.00 | $3,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 5,10 | |
| | | | **TOTAL:** | | | | | | $29,751.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | 04/18/2018 | 04/18/2018 | 490 | 64490 | 0001 | $14,600.00 | $14,600.00 | $0.00 | $0.00 | $318.57 | $0.00 | $14,122.15 | $477.85 | 2,4,10 | |
| | | | | 04/18/2018 | 04/18/2018 | 490 | 64491 | 0001 | $3,420.00 | $3,420.00 | $0.00 | $0.00 | $161.60 | $0.00 | $3,177.60 | $242.40 | 2,4,10 | |
| | | | | 04/18/2018 | 04/18/2018 | 490 | 64492 | 0001 | $3,420.00 | $3,420.00 | $0.00 | $0.00 | $153.10 | $0.00 | $3,190.34 | $229.66 | 2,4,10 | |
| | | | **TOTAL:** | | | | | | $21,440.00 | | $0.00 | $0.00 | $633.27 | $0.00 | $20,490.09 | $949.91 | | $0.00 |
| | | | | 04/12/2017 | 04/12/2017 | 490 | 62323 | 0001 | AFI200036574 | 4 090201716072 | 27101 | | | | | | | |
| | | | | | | | | | $7,900.00 | $7,900.00 | $0.00 | $0.00 | $0.00 | $332.35 | $7,900.00 | $0.00 | 2,9,10 | |

**BlueCross BlueShield of Florida**
An Independent Licensee of the Blue Cross and Blue Shield Association

05/09/2018

PO Box 442267
532 Riverside Avenue
Jacksonville, FL 32231-4267

Page 4

**TO:** SURGERY CENTER OF VIERA LLC    Tax ID: 275172677    Check/EFT Number: 310422167    Total Paid: $1,098.25

### Services Delivered

| Claim No. Adjustment ID | D.R.G. /S.R.G. | Patient Name | Patient Account Number | Claim From Date | Claim To Date | CPT/Rev Code M1 M2 | HCPC Code | Days/ Units | Charges | Allowed Diff Amount Applied | SOS Other Carrier | Co Pay | Co Ins. | Deductible | MPD Amount | Patient Resp. | Amount Paid | Interest Payment | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 02/27/2018 | 02/27/2018 490 | | | 0001 | $7,900.00 | $7,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,900.00 | $0.00 | | | |
| | | | | | TOTAL: | | | | $7,900.00 | $7,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,900.00 | $0.00 | | | |
| | | | | 02/27/2018 | 02/27/2018 329 | | 72295 | 0001 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 | $0.00 | | 6,10 | |
| | | | | 04/18/2018 | 04/18/2018 | | 62290 | 0001 | $21,860.00 | $21,860.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,860.00 | $0.00 | | 6,10 | |
| | | | | | TOTAL: | | | | $26,360.00 | | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | | |
| | | | | 04/18/2018 | 04/18/2018 64635 | LT | | 0001 | $21,791.00 | $21,791.00 | $21,642.66 | $0.00 | $0.00 | $0.00 | $0.00 | $148.34 | | 3,7 | |
| | | | | 04/18/2018 | 04/18/2018 64636 | LT | | 0001 | $3,980.00 | $3,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148.34 | | 3,7 | |
| | | | | 04/18/2018 | 04/18/2018 64636 | LT-76 | | 0001 | $3,980.00 | $3,980.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,980.00 | $0.00 | | 7,8 | |
| | | | | 04/18/2018 | 04/18/2018 G8907 | | | 0001 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 3,7 | |
| | | | | 04/18/2018 | 04/18/2018 G8918 | | | 0001 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 3,7 | |
| | | | | | TOTAL: | | | | $29,751.02 | | $21,642.68 | $0.00 | $0.00 | $0.00 | | | | | |

Remarks/Reasons: (3) OCPMT (7) PCNTR (8) OCMCD

### Reason Code Definition(s)

| Remark | Reason | Definition |
|---|---|---|
| 1 | | RVCMB — Service denied, prior processing reversed. |
| | 10 | PNPAR — Payment allowed to non-PAR provider. |
| | 11 | D0033 — Care was not deemed medically necessary |
| | 12 | SR023 — Hold Harmless Does Not Apply. |
| 2 | | HSTNC — Non-covered charges |
| 3 | | OCPMT — Claim adjusted because charges have been paid by another payer. |
| 4 | | BCOIN — Coinsurance Amount |
| 5 | | D1278 — CLAIM DENIED. FINAL BENEFIT DETERMINATION CANNOT BE MADE UNTIL WE RECEIVE COMPLETE MEDICAL RECORDS. |
| 6 | | RRC27 — PACKAGED/INCIDENTAL SERVICES, NO ADDITIONAL PAYMENT |
| 7 | | PCNTR — Allowed amount based on agreement. |
| 8 | | OCMCD — This contract excludes payment for services not covered by Medicare. |
| 9 | | BDED — This claim is subject to an in-network deductible. |

For questions regarding this Remittance Advice, call 1-877-352-2583 or write to us at the address listed on the top of the Remittance Advice.