# Exhibit E

Florida Blue
Post Office Box 1798
Jacksonville, Florida 32231-0014

floridablue.com


In the pursuit of health*



June 14, 2018

SURGERY CENTER OF VIERA LLC
7955 SPYGLASS HILL RD
STE B
MELBOURNE FL 32940-8563

| | |
|---|---|
| ICN: | 2718150577810 |
| Patient: | F███ J███ |
| Contract No: | SXM 63262352C |
| Provider No: | 6ER |
| Claim No: | H100000657352919 |
| Service Date(s): | 02/27/2018 - 02/27/2018 |

To Whom It May Concern:

Our office is currently reviewing charges for the patient named above. However, we need additional information before we can complete a thorough review. Please send us the following information.

The claim is denied as not medically necessary. Provider can appeal with supporting medical records.

Please return the information requested with this letter to ensure proper handling to:

Blue Card Operations
Blue Cross and Blue Shield of Florida
P O Box 1798
Jacksonville   FL.   32231-0014

Sincerely,

Your Customer Service Team
**Florida Blue,** Your Blue Cross and Blue Shield Plan

225478617/225478617

Florida Blue in an Independent Licensee of the Blue Cross and Blue Shield Association.

IT001GEN