Exhibit F

**BlueCross BlueShield of Florida**
An Independent Licensee of the Blue Cross and Blue Shield Association



PO Box 44267
532 Riverside Avenue
Jacksonville, FL 32231-4267

09/12/2018

Page 3

**TO: SURGERY CENTER OF VIERA LLC** | Tax ID: 275172677 | Check/EFT Number: 206643170 | Total Paid: $8,462.36

| Services Delivered by Claim No. Adjustment ID /S.R.G. | D.R.G. | Patient Account Number | Patient Name | Claim From Date | Claim To Date | CPT/Rev Code M1 M2 | HCPC Code | Days/ Units | Charges | SCCF Allowed/Diff Amount Applied | SOS Carrier | SOS Other | Medicare Report Number Co Pay | Co Ins. | HIC Number Deductible | MPD Amount | Patient Resp. | Amount Paid | Remarks Interest Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6ER SURGERY CENTER OF VIERA LLC** | | | J     F | | | | SXM632623352C | | | 090201807348381O1 | | | | | | | | | |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22846 | 0001 | -$38,293.00 | -$38,293.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$38,293.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22551 | 0001 | -$43,286.00 | -$43,286.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$43,286.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22552 | 0001 | -$12,848.00 | -$12,848.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$12,848.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22552 | 0001 | -$12,848.00 | -$12,848.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$12,848.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | -$10,641.00 | -$10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$10,641.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | -$10,641.00 | -$10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$10,641.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | -$10,641.00 | -$10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$10,641.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 20930 | 0001 | -$6,243.00 | -$6,243.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6,243.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 20936 | 0001 | -$2,390.00 | -$2,390.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$2,390.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 95955 | 0001 | -$1,975.00 | -$1,975.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,975.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 329 | 95937 | 0001 | -$1,750.00 | -$1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,750.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 329 | 95938 | 0001 | -$1,250.00 | -$1,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,250.00 | $0.00 | $0.00 | 4,5,6 |
| H100006573352919 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 278 | L8699 | 0001 | -$58,173.00 | -$58,173.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$58,173.00 | $0.00 | $0.00 | 4,5,6 |
| **TOTAL:** | | | | | | | | | -$210,979.00 | -$210,979.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$210,979.00 | $0.00 | $0.00 | |
| **6ER SURGERY CENTER OF VIERA LLC** | | | J     F | | | | SXM632623352C | | | 090201807348381O1 | | | | | | | | | |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22846 | 0001 | $38,293.00 | $38,293.00 | $0.00 | $0.00 | $0.00 | $5,542.68 | $0.00 | $29,978.98 | $8,314.02 | $0.00 | 5,9,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22551 | 0001 | $43,286.00 | $43,286.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $43,286.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22562 | 0001 | $12,848.00 | $12,848.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,848.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22552 | 0001 | $12,848.00 | $12,848.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,848.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | $10,641.00 | $10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,641.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | $10,641.00 | $10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,641.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 22853 | 0001 | $10,641.00 | $10,641.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,641.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 20930 | 0001 | $6,243.00 | $6,243.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,243.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 20936 | 0001 | $2,390.00 | $2,390.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,390.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 490 | 95955 | 0001 | $1,975.00 | $1,975.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,975.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 329 | 95937 | 0001 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,750.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 329 | 95938 | 0001 | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $0.00 | $0.00 | 5,10 |
| M0001R107191703 | 552 | 000200013062 | | 02/27/2018 | 02/27/2018 | 278 | L8699 | 0001 | $58,173.00 | $58,173.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $58,173.00 | $0.00 | $0.00 | 5,10 |
| **TOTAL:** | | | | | | | | | $210,979.00 | $210,979.00 | $0.00 | $0.00 | $0.00 | $5,542.68 | $0.00 | $202,664.98 | $8,314.02 | $0.00 | |
| | | | | 08/03/2018 | 08/03/2018 | 490 | 64493 | 0001 | $18,750.00 | $18,750.00 | $18,683.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.13 | $0.00 | 1,2,10 |
| **TOTAL:** | | | | | | | | | $18,750.00 | $18,750.00 | $18,683.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.13 | $0.00 | |

PVDP0001-RA-18255-11811

SEP 17 2018

**BlueCross BlueShield of Florida**
An Independent Licensee of the Blue Cross and Blue Shield Association

09/12/2018

PO Box 44267
532 Riverside Avenue
Jacksonville, FL 32231-4267

Page 4

**TO: SURGERY CENTER OF VIERA LLC** | Tax ID: 275127677 | Check/EFT Number: 206643170 | Total Paid: $8,462.36

Medicare Report Number: | HIC Number | MPD Amount

### Services Delivered

| by Claim No. Adjustment ID /S.R.G. | D.R.G. | Patient Account Number | Patient Name | Claim From Date | Claim To Date | CPT/Rev Code M1 M2 | HCPC Code | Days/ Units | Charges | Allowed Amount | SOS Applied | SCCF Diff | Other Carrier | Co Pay | Co Ins. | Deductible | Patient Resp. | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 08/22/2018 | 08/22/2018 | 490 | 64493 | 0001 | $18,750.00 | $18,750.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $18,750.00 | $0.00 |
| | | | | 08/22/2018 | 08/22/2018 | 490 | 64494 | 0001 | $2,700.00 | $2,700.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.00 | $0.00 |
| | | | | 08/22/2018 | 08/22/2018 | 490 | 64495 | 0001 | $2,700.00 | $2,700.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.00 | $0.00 |
| | | | | | | **TOTAL:** | | | | $24,150.00 | $0.00 | | $0.00 | $0.00 | $0.00 | | $24,150.00 | $0.00 |
| | | | | 09/05/2018 | 09/05/2018 | 490 | 64493 | 0001 | $18,750.00 | $429.86 | $0.00 | | $0.00 | $0.00 | $0.00 | $644.79 | $0.00 | $0.00 |
| | | | | 09/05/2018 | 09/05/2018 | 490 | 64494 | 0001 | $2,700.00 | $2,700.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.00 | $0.00 |
| | | | | 09/05/2018 | 09/05/2018 | 490 | 64495 | 0001 | $2,700.00 | $2,700.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.00 | $0.00 |
| | | | | | | **TOTAL:** | | | | $5,829.86 | $0.00 | | $0.00 | $0.00 | $0.00 | $644.79 | $0.00 | $0.00 |
| | | | | 08/22/2018 | 08/22/2018 | 64633 RT | | 0001 | $23,450.00 | $23,450.00 | $23,301.66 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148.34 |
| | | | | 08/22/2018 | 08/22/2018 | 64634 RT | | 0001 | $4,100.00 | $4,100.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $4,100.00 | $0.00 |
| | | | | 08/22/2018 | 08/22/2018 | 64634 RT-76 | | 0001 | $4,100.00 | $4,100.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $4,100.00 | $0.00 |
| | | | | 08/22/2018 | 08/22/2018 | G8907 | | 0001 | $0.01 | $0.01 | $0.01 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | 08/22/2018 | 08/22/2018 | G8918 | | 0001 | $0.01 | $0.01 | $0.01 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **TOTAL:** | | | | $31,650.02 | $23,301.68 | | $0.00 | $0.00 | $0.00 | $0.00 | $8,200.00 | $148.34 |

Remarks/Reasons: (1) OCPMT (7) PCNTR (8) OCMCD

### Reason Code Definition(s)

| Remark | Reason | Definition |
|---|---|---|
| 1 | OCPMT | Claim adjusted because charges have been paid by another payer. |
| 10 | HSTNC | Non-covered charges |
| 11 | BDED | This claim is subject to an in-network deductible. |
| 2 | PNPAR | Payment allowed to non-PAR provider. |
| 3 | RRC27 | PACKAGED/INCIDENTAL SERVICES, NO ADDITIONAL PAYMENT |
| 4 | VR285 | Provider Appeal |
| 5 | SF023 | Hold Harmless Does Not Apply. |
| 6 | D0033 | Care was not deemed medically necessary |
| 7 | PCNTR | Allowed amount based on agreement. |
| 8 | OCMCD | This contract excludes payment for services not covered by Medicare. |

SEP 17 2018

PVOP0001-RA-18255-11813

### BlueCross BlueShield of Florida
An Independent Licensee of the Blue Cross and Blue Shield Association

PO Box 44267
532 Riverside Avenue
Jacksonville, FL 32231-4267

09/12/2018

Page 5

| TO: SURGERY CENTER OF VIERA LLC | | Tax ID: 275172677 | | | | Check/EFT Number: 206643170 | | | Total Paid: | $8,462.36 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Services Delivered by | Patient Account Number | Patient Name | Claim From Date | Claim To Date | CPT/Rev Code M1 M2 | HCPC Code | Days/ Units | Member Number Charges | SCCF Allowed Diff Amount Applied | Medicare Report Number SOS Other Carrier | Co Pay | HIC Number Co Ins. Deductible | MPD Amount Patient Resp. | Remarks Amount Interest Paid Payment |
| Claim No. | D.R.G. | | | | | | | | | | | | | |
| Adjustment ID /S.R.G. | | | | | | | | | | | | | | |

### Reason Code Definition(s)

| Remark Reason | Definition |
|---|---|
| 9   BCOIN | Coinsurance Amount |

For questions regarding this Remittance Advice, call 1-877-352-2583 or write to us at the address listed on the top of the Remittance Advice.

SEP 7 2018