Exhibit G



Patient Name: ███████   Date of Birth: ███████

**Assignment of Insurance Benefits; Appointment of Authorized Representative; Privacy; Payments; Appointments**

<u>Assignment of Insurance Benefits -- Appointment as Legal Authorized Representative</u>: I (i) assign all applicable health insurance payments and benefits, and all rights and obligations that I and my dependents have under my health plan to the Surgery Center of Viera, LLC ("<u>Provider</u>"); (ii) authorize payment of authorized insurance benefits, including Medicare, if I am a Medicare beneficiary, be made on my behalf to Provider; and (iii) appoint Provider as my authorized representative ("<u>Authorized Representative</u>") with the power to (i) file medical claims, appeals and grievances with the health plan; (ii) file appeals and grievances with the health plan; (iii) institute any necessary litigation and/or complaints against my health plan *naming me as plaintiff in such lawsuits and actions if necessary* (or me as guardian of the patient if the patient is a minor); and (iv) discuss or divulge any of my personal health information or that of my dependents with any third party including the health plan. I also understand that Provider is not responsible for the terms of the contracts which I have with my health benefit plan or insurance companies. I certify that the health insurance and coverage information I provided to Provider is accurate as of the date set forth below and that I am responsible for keeping it updated. I am fully aware that having health insurance and/or Medicare coverage does not absolve me of my responsibility to ensure that my bills for professional services from Provider are paid in full. I also understand that (i) I am responsible for all amounts not covered by my health insurance and/or Medicare, including co-payments, co-insurance, and deductibles; and (ii) with respect to Medigap/Secondary Insurance, should my insurance or not pay all or part of the secondary balance, I am responsible for all remaining allowed charges.

<u>Authorization to Release Information</u>: I authorize my Authorized Representative and any holder of medical or other information about me to (i) release any information necessary to my health benefit plan (or its administrator) regarding my illness and treatments (including the Social Security Administration or its Medicare Administrative Contractors if I am a Medicare beneficiary); (ii) process insurance and other payment claims generated in the course of examination or treatment; and (iii) allow a photocopy of my signature to be used to process insurance and other payment claims. This authorization will remain in effect until revoked by me in writing. I authorize Provider to discuss my medical/health care with the following family members or close friends:
Full Name: ███████   Relation: Wife

I authorize Provider to discuss my personal finances with the following family members or close friends:
Full Name: ███████   Relation: Wife

<u>ERISA Authorization</u>: I designate, authorize, and convey to my Authorized Representative to the full extent permissible under law and under any applicable insurance policy and/or employee health care benefit plan: (i) the right and ability to act as my Authorized Representative in connection with any claim, right, or cause of action including litigation against my health plan (even to name me as a plaintiff in such action) that I may have under such insurance police and/or benefit plan; and (ii) the right and ability to act as my Authorized Representative to pursue such claim, right or cause of action in connection with said insurance policy and/or benefit plan (including but not limited to the right and ability to act as my Authorized Representative with respect to a benefit plan governed by the provisions of ERISA as provided in 29 C.F.R. §2560.503-1(b)(4) with respect to any health care expense incurred as a result of the services I received from Provider and, to the extent permissible under the law, to claim on my behalf, such benefits, claims, or reimbursement, and any other applicable remedy, including fines. This authorization will remain in effect until revoked by me in writing. A photocopy of this Authorization shall be as effective and valid as the original.

<u>Payment Policy; Out-of-Network Disclosure/Patient Acknowledgement of Responsibility</u>: I understand that (i) Provider accepts most forms of payment including checks, debit cards, credit cards and credit facilities like CareCredit and MedFin; (ii) Provider reserves the right to charge 1.5% interest per month, compounded daily, after 90 days of non-payment on all outstanding balances; (iii) credit cards and other revolving credit programs have chargeback provisions to allow, for example, return of purchased goods, but that such chargeback features are not appropriate at Provider, such that I waive my rights for chargebacks; (iv) if a chargeback occurs, Provider may initiate legal action to recoup the charges and I will be responsible for all resulting legal fees and other appropriate expenses to recoup those charges; and (v) Provider will assess a $50 fee on all checks that are returned as unpaid. I understand that Provider is an out-of-network provider and that, consequently: (i) I am responsible for the difference between charges and payments made by my health plan and any coinsurance and deductible required by my health plan; and (ii) Provider cannot waive any such patient responsibility.

<u>Notice of Privacy Practices</u>: I have reviewed the posted copy of Provider's Notice of Privacy Practices, which describes how my medical information may be used and disclosed and how I can obtain access to this information, and I understand that a copy for my records is available upon request.

To cancel an appointment, please call our surgery center at 321-751-8700. Thank you!

Patient Name: ███████
Patient Signature: ███████   Date: 2-27-18

{00074454.DOCX;1}   DOS FEB 2 7 2018

## Durable Power Of Attorney

**NOTICE:** The powers granted by this document are broad, which such broad powers are explained considerably in the public domain (*e.g.*, the Uniform Power of Attorney Act). You are free to obtain competent legal advice before signing this document. This document **does not** authorize anyone to make medical and other health care decisions for you. You may revoke this power of attorney if you later wish to do so. This power of attorney is effective immediately and will continue to be effective even if you become disabled, incapacitated, or incompetent.

I J███ P █████ with my home at ██████████████████████ point the following Parties the powers discussed in this document.

(1) Ara Deukmedjian MD and Bharat Patel MD, 7955 Spyglass Hill Rd # B Melbourne FL 32940
(2) Ara Deukmedjian MD and Bharat Patel MD on the behalf of Surgery Center of Viera, 7955 Spyglass Hill Rd, # B Melbourne FL 32940

These parties, hereinafter referred to as the "Attorneys in Fact" are appointed concurrently as my Attorneys in Fact. The Attorneys in Fact have the power to act jointly and / or severally regarding the Powers Granted to them in this document. If one of the Attorneys in Fact is unable to serve in that role FOR ANY REASON, that inability does not interfere with the ability of other Attorneys in Fact to serve in their role and maintain the powers granted to them in this document.

## THE ATTORNEYS IN FACT ARE HEREBY GRANTED THE FOLLOWING POWERS:

I execute this limited / special power of attorney and appoint and authorize the Attorneys in Fact to collect payment or benefits for medical services performed by Surgery Center of Viera directly against any insurance carrier, and / or, as the case may be, Plan Sponsor, Plan Administrator, Claims Administrator, Third Party Administrator, or other similar parties, in my name, including, but not necessarily limited to, filing any appeals, arbitration demands, lawsuits, and / or any other administrative or legal process required and / or available under the insurance policy or plan documents at issue. I specifically authorize the Attorneys in Fact, or any attorneys appointed by them, to carry out any such filings / actions directly against my insurance carrier, Plan Sponsor, Plan Administrator, Claims Administrator, Third Party Administrator, and / or other similar parties in my name through this power of attorney. I further grant limited power of attorney to the Attorneys in Fact to receive and collect directly from my insurance carrier, Plan Sponsor, Plan Administrator, Claims Administrator, Third Party Administrator, and / or other similar parties any money or benefits due for services rendered to me by Surgery Center of Viera and hereby instruct the insurance carrier, Plan Sponsor, Plan Administrator, Claims Administrator, Third Party Administrator, and / or other similar parties to pay any of the Attorneys in Fact, or any individual or entity the Attorneys in Fact deem appropriate (*e.g.*, attorneys), directly any monies due for medical services Surgery Center of Viera rendered to me at any time.

As such, the Attorneys in Fact have the authority to satisfy any appropriate indebtedness or obligation owed to Surgery Center of Viera that I may have incurred through the receipt of medical services rendered to me by Surgery Center of Viera

I authorize the Attorneys in Fact to receive from my insurance carrier, Plan Sponsor, Plan Administrator, Claims Administrator, Third Party Administrator, and / or other similar parties immediately upon verbal or written request, all documentation / information regarding payments made

by said party on my claim(s), including date(s) of payment(s), balance of benefits remaining, appeal status, and / or *et cetera*.

Moreover, I authorize the Attorneys in Fact to obtain the administrative record and / or "any information" contemplated by the law, equity, or otherwise (which such documentation / information includes, but is not necessarily limited to, that which is set forth in the following list) on my behalf from my insurance carrier, Plan Sponsor, Plan Administrator, Claims Administrator, Third Party Administrator, and / or other similar parties:

**(1)** complete, certified copies of all plan documents (master policy, summary plan description, benefit booklet, certificate of coverage, group agreements, administrative services agreement, benefit information forms, and / or the like) in effect at the time of the subject medical services and / or at the times of any claims made relating to the subject medical services; **(2)** Copies of all correspondence and / or documents exchanged between the carrier and the insured (or any representatives of the insured; *e.g.*, spouse) regarding the subject medical services and / or any claims made relating to the subject medical services; **(3)** Copies of all correspondence and / or documents exchanged between the carrier (in its role as "claim" and / or "plan" administrator or otherwise) with Surgery Center of Viera regarding the insured, the subject insurance policy / plan documents, the subject medical services, and / or any claims made relating to the subject medical services; **(4)** Copies of all correspondence and / or documents exchanged between the carrier and any other party (less attorney-client privileged data) regarding the subject medical services and / or any claims made relating to the subject medical services; **(5)** Copies of all of the insured's Surgery Center of Viera medical records in the carrier's possession; **(6)** Identification of all insurance policy / plan documents language upon which the claim(s) decision-making was / is based; **(7)** Contact information for any medical professionals enlisted by the carrier regarding the subject medical services and / or any claims made relating to the subject medical services; **(8)** Transcripts and audio recordings of any recorded statements or phone calls between the carrier and the insured (or any representatives of the insured; *e.g.*, spouse) regarding the subject medical services and / or any claims made relating to the subject medical services; **(9)** Transcripts and audio recordings of any recorded statements or phone calls between the carrier and Surgery Center of Viera regarding the subject medical services and / or any claims made relating to the subject medical services; **(10)** Transcripts and audio recordings of any recorded statements or phone calls between the carrier and any other party (less any attorney-client privileged data) regarding the subject medical services and / or any claims made relating to the subject medical services; **(11)** All EOBs, EOPs, and / or the like relating to the subject medical services and / or any claims made relating to the subject medical services; **(12)** All Surgery Center of Viera billing and / or claim(s) submission paperwork received by the carrier relating to the insured; **(13)** All evidence of any payment(s) made by carrier relating to any claims that were made relating to the subject medical services; **(14)** All guidelines, manuals, written protocol, medical treatises, medical literature, and / or the like upon which the carrier partially or wholly based its claim(s) decision(s); **(15)** All billing paperwork, rate schedules, data, and / or formulas relating to the calculation and or determination of "allowed amount," "allowed charge," "eligible expense," "recognized charge," "reasonable and customary," "usual, customary, reasonable" ("UCR"), other medical providers' charges, and / or any other such functionally similar term, definition, and / or any other data upon which the carrier has based, or should have based, its decision(s) as to how much indemnity to afford on the subject claims(s); and **(16)** Copies of any other documents that the carrier partially or wholly relied on in deciding any claim(s) relating to the subject medical services.

Further, I expressly authorize the Attorneys in Fact to delegate to any agent(s), including legal counsel, they deem appropriate to carry out and perform the Powers granted to them under this document.

I am fully informed as to all the contents of this form and understand the full import of this grant of powers to the Parties.

Signed this __6__ day of __June__, 20_19_

_____ (signature)

_____ (printed name)

---

## CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF _Florida_
COUNTY OF _Brevard_

This document was acknowledged before me on this ___6th___ date of ___June___ in the year 20_19_ by

- Produced ID

_____

[Notary Seal, if any]:

_____
(Signature of Notarial Officer)

Notary Public for the State of _Florida_

My commission expires: _10/8/2021_

Julie A. Lane
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG147664
Expires 10/8/2021

3

## HIPAA COMPLIANT AUTHORIZATION FOR THE RELEASE OF PATIENT INFORMATION PURSUANT TO 45 CFR 164.508

TO: <u>Blue Cross  Blue Shield</u>
Name of Healthcare Provider/Physician/Facility/Medicare Contractor

<u>P.O. Box  1798</u>
Street Address

<u>Jacksonville,  FL  32231</u>
City, State and Zip Code

RE:   Patient Name:   J███ F███

Date of Birth: ███████    Social Security Number:   XXX – XX – ███

I authorize and request the disclosure of all protected information for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated record custodian of all covered entities under HIPAA identified above disclose full and complete protected medical information including the following:

☑ All medical records, meaning every page in my record, including but not limited to: office notes, face sheets, history and physical, consultation notes, inpatient, outpatient and emergency room treatment, all clinical charts, r ports, order sheets, progress notes, nurse's notes, social worker records, clinic records, treatment plans, admission records, discharge summaries, requests for and reports of consultations, documents, correspondence, test results, statements, questionnaires/histories, correspondence, photographs, videotapes, telephone messages, and records received by other medical providers.

☑ All physical, occupational and rehab requests, consultations and progress notes.

☑ All disability, Medicaid or Medicare records including claim forms and record of denial of benefits.

☑ All employment, personnel or wage records.

☑ All autopsy, laboratory, histology, cytology, pathology, immunohistochemistry records and specimens; radiology records and films including CT scan, MRI, MRA, EMG, bone scan, myleogram; nerve conduction study, echocardiogram and cardiac catheterization results, videos/CDs/films/reels and reports.

☑ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☑ All billing records including all statements, insurance claim forms, itemized bills, and records of billing to third party payers and payment or denial of benefits for the period <u>1-1-16</u> to <u>12-31-18</u>.

I understand the information to be released or disclosed may include information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS), or human

immunodeficiency virus (HIV), and alcohol and drug abuse. I authorize the release or disclosure of this type of information.

This protected health information is disclosed for the following purposes: To allow/enable our attorney, Mr. Greyber, to analyse the (im)propriety of the carriers claim decision or non-decision in a fully informed manner as to rectify same with the carrier.

This authorization is given in compliance with the federal consent requirements for release of alcohol or substance abuse records of 42 CFR 2.31, the restrictions of which have been specifically considered and expressly waived.

You are authorized to release the above records to the following representatives of defendants in the above-entitled matter who have agreed to pay reasonable charges made by you to supply copies of such records:

Jeffrey L. Greyber, Esq.   Callagy Law
**Name of Representative**

Attorney
**Representative Capacity (e.g. attorney, records requestor, agent, etc.)**

Mack-Cali Centre II - 650 From Road, Ste 565
**Street Address**

Paramus, NJ 07652
**City, State and Zip Code**

I understand the following: See CFR §164.508(c)(2)(i-iii)

    a. I have a right to revoke this authorization in writing at any time, except to the extent information has been released in reliance upon this authorization.
    b. The information released in response to this authorization may be re-disclosed to other parties.
    c. My treatment or payment for my treatment cannot be conditioned on the signing of this authorization.

Any facsimile, copy or photocopy of the authorization shall authorize you to release the records requested herein. This authorization shall be in force and effect until two years from date of execution at which time this authorization expires.

_____    5/24/18
**Signature of Patient or Legally Authorized Representative**    Date
(See 45CFR § 164.508(c)(1)(vi))

_____
**Name and Relationship of Legally Authorized Representative to Patient**
(See 45CFR §164.508(c)(1)(iv))

_____    _____
**Witness Signature**    Date

Page 2 of 2