AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JAMES P. F., SR.,<br>*Plaintiff(s)*<br>v.<br>BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., (d/b/a/ FLORIDA BLUE), BLUE SHIELD OF CALIFORNIA, INC. (d/b/a/ BLUE OF CALIFORNIA), SPACEX PPO PLAN, SPACE EXPLORATION TECHNOLOGIES CORPORATION, and COLLECTIVEHEALTH ADMINISTRATORS, LLC,<br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: Space Exploration Technologies Corporation
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey L. Greyber, Esq.
Callagy Law, P.C.
1900 NW Corporate Blvd., Suite 310W
Boca Raton, FL 33401
T:  (561)405-7966
F: (201_549-8753
jgreyber@callagylaw.com
hcasebolt@callagylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                                                  *Signature of Clerk or Deputy Clerk*