# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES P. F., SR. ,**

      **Plaintiff,**

**v.**                                                  **Case No:   6:20-cv-1684-Orl-31EJK**

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE SHIELD OF CALIFORNIA, INC., SPACEX PPO PLAN, SPACE EXPLORATION TECHNOLOGIES CORPORATION and COLLECTIVEHEALTH ADMINISTRATORS, LLC,**

      **Defendants.**

## RELATED CASE ORDER
## AND TRACK TWO NOTICE
## (ERISA)

By no later than **September 30, 2020**, counsel and any pro se party shall comply with Local Rule 1.04(d) and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04. The parties shall utilize the attached form titled Notice of Pendency of Other Actions.

In accordance with Local Rule 3.05, this action is designated as a **TRACK TWO** case. To facilitate the issuance of a Scheduling Order within the time periods described in Fed. R. Civ. P. 16(b)(2), the parties shall conduct a case management conference no later than **forty-five days** after service upon or appearance by any defendant. The attached case management report **must be filed within ten days**[1] **of the case management conference.**

---

[1] This ten-day period supersedes the fourteen days set forth in Local Rule 3.05(c)(2)(B).

Counsel and *pro se* parties share the obligation to timely comply with the requirements of Fed. R. Civ. P. 16(b)(2) and are reminded that they must do so despite the pendency of any undecided motions. If the parties fail to identify a mediator in their proposed Case Management Report, the Court **will** appoint one in the Scheduling Order.

The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice upon all other parties within fourteen days after the appearance of each party.

**DONE** and **ORDERED** in Orlando, Florida, on September 16, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES P. F., SR. ,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No:   6:20-cv-1684-Orl-31EJK

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE SHIELD OF CALIFORNIA, INC., SPACEX PPO PLAN, SPACE EXPLORATION TECHNOLOGIES CORPORATION and COLLECTIVEHEALTH ADMINISTRATORS, LLC,**

        **Defendants.**

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
 Counsel of Record or *Pro Se* Party
    [Address and Telephone]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

With the parties' consent, a district judge under 28 U.S.C. § 636(c) can refer any civil matter to a magistrate judge for any or all proceedings, including the resolution of any motion, a jury or non-jury trial, and entry of final judgment. Although the same law, rules, and procedure govern before both the district judge and the magistrate judge, reference to the magistrate judge often results in an earlier and more reliable trial date (a magistrate judge's trial calendar need not accommodate criminal trials, which are subject to the requirement of constitutional and statutory "speedy trial"). A final judgment entered by the magistrate judge is appealable directly to the United States Court of Appeals.

The parties can formalize consent to the magistrate judge on an AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," a copy of which is attached. Consent requires the signature of each party's counsel and the signature of any unrepresented party. The district judges of the Middle District of Florida request that each party and each counsel carefully consider the benefits to the public, to the court, and to the parties of consent to proceed before the magistrate judge. Of course, consent is entirely voluntary, and — without any adverse substantive consequence — a party for any reason can withhold consent and continue the action before the district judge.

_____
Steven D. Merryday
Chief United States District Judge

_____
Virginia M. Hernandez Covington
United States District Judge

_____
Mary S. Scriven
United States District Judge

_____
Roy B. Dalton, Jr.
United States District Judge

_____
Brian J. Davis
United States District Judge

_____
Carlos E. Mendoza
United States District Judge

_____
Thomas P. Barber
United States District Judge

_____
Timothy J. Corrigan
United States District Judge

_____
Marcia Morales Howard
United States District Judge

_____
Charlene Edwards Honeywell
United States District Judge

_____
Sheri Polster Chappell
United States District Judge

_____
Paul G. Byron
United States District Judge

_____
William F. Jung
United States District Judge

_____
Wendy W. Berger
United States District Judge

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JAMES P. F., SR.<br>*Plaintiff*<br>v.<br>BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., et al.<br>*Defendants* | ) ) ) ) ) ) ) Civil Action No.    6:20-cv-1684-Orl-31EJK |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*   The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**   This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:  _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.   Do not return this form to a judge.

AO 85A (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JAMES P. F., SR. *Plaintiff* v. BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., et al. *Defendants* | Civil Action No. 6:20-cv-1684-Orl-31EJK |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:**

*Parties' printed names*   *Signatures of parties or attorneys*   *Dates*

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date:

*District Judge's signature*

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JAMES P. F., SR.,**

      **Plaintiff,**

**v.**                                                                       **Case No:   6:20-cv-1684-Orl-31EJK**

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE SHIELD OF CALIFORNIA, INC., SPACEX PPO PLAN, SPACE EXPLORATION TECHNOLOGIES CORPORATION and COLLECTIVEHEALTH ADMINISTRATORS, LLC,**

      **Defendants.**

_____

## CASE MANAGEMENT REPORT FOR ERISA CASE

The parties have agreed on the following dates and discovery plan pursuant to Fed.R.Civ.P. 26(f) and Local Rule 3.05(c):

| | |
|---|---|
| **Deadline for Defendant to provide the administrative record to Plaintiff** | |
| **Mediation Date:** | |
| **Mediator's Name and Address:** | |
| **Deadline for filing dispositive motions or briefs on the merits:** | |
| **Deadline for filing responses to dispositive motions or briefs on the merits:** | |
| **Discovery Required? (Yes/No)** | |
|     **If Discovery required, proposed discovery deadlines:** | |

**I.** Oral argument will be scheduled if the Court determines it is necessary upon review of the parties' briefs. Other deadlines may be set, as needed, by the Court or upon motion of the parties. If either party believes that discovery in the case is necessary, it should be indicated herein, along with proposed discovery deadlines.

**II.** Pursuant to Local Rule 3.01(a), United States District Court, Middle District of Florida, all motions must be accompanied by a legal memorandum with citation of authorities in support of the relief requested. See Local Rule 3.01(a). However, the motion and memorandum shall be filed as one single document and cannot exceed twenty-five pages (25) in length without prior permission from the Court. *See id.*

**III.** This case is referred to mediation, pursuant to chapter nine of the Local Rules of the United States District Court, Middle District of Florida. Each attorney acting as lead trial counsel and each party (and in the case of a corporate party, a corporate representative) with full authority to settle *shall* attend and participate in the mediation conference. Absent agreement otherwise or order of the Court, the cost of the mediator's services shall be borne equally by the parties.

**Date:** _____

**Signature of Counsel (with information required by Local Rule 1.05(d)) and Signature of Unrepresented Parties.**

_____   _____

_____   _____

_____   _____

_____   _____