UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-1684-Orl-31EJK

JAMES P. F., SR.,

    *Plaintiff*,

vs.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., (d/b/a/ FLORIDA BLUE),
BLUE SHIELD OF CALIFORNIA, INC. (d/b/a/
BLUE OF CALIFORNIA), SPACEX PPO PLAN,
SPACE EXPLORATION TECHNOLOGIES
CORPORATION, and COLLECTIVEHEALTH
ADMINISTRATORS, LLC,

    *Defendant.*
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., (d/b/a FLORIDA BLUE)**

Plaintiff, James P. F., Sr., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(i), hereby voluntarily dismisses without prejudice the above-styled action against the following Defendant only: Blue Cross and Blue Shield of Florida, Inc., (d/b/a Florida Blue).

    Respectfully Submitted,

    **CALLAGY LAW, P.C.**

    /s/ Jeffrey L. Greyber
    **Jeffrey L. Greyber, Esq.**
    Florida Bar No. 41103
    1900 N.W. Corporate Blvd., Suite 310W
    Boca Raton, FL 33431
    (561) 405-7966 (o); (201) 549-8753 (f)
    jgreyber@callagylaw.com

hcasebolt@callagylaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2020, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF.  I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jeffrey L. Greyber
**Jeffrey L. Greyber, Esq.**