# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES P. F., SR. ,

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No:   6:20-cv-1684-Orl-31EJK**

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC., BLUE SHIELD
OF CALIFORNIA, INC., SPACEX
PPO PLAN, SPACE
EXPLORATION TECHNOLOGIES
CORPORATION and
COLLECTIVEHEALTH
ADMINISTRATORS, LLC,

        **Defendants.**

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Dismissal as to Defendant Blue Cross and Blue

Shield of Florida, Inc. (Doc. 6), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the claims against Blue Cross and Blue Shield of Florida, Inc. are

**DISMISSED** without prejudice, each party to bear its own fees and costs.   The Clerk is

directed to terminate this defendant as a party to the case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 29, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties