**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.: 6:20-cv-1684-Orl-31EJK

JAMES P. F., SR.,

     *Plaintiff*,

vs.

BLUE SHIELD OF CALIFORNIA, INC. (d/b/a/
BLUE OF CALIFORNIA), SPACEX PPO PLAN,
SPACE EXPLORATION TECHNOLOGIES
CORPORATION, and COLLECTIVEHEALTH
ADMINISTRATORS, LLC,

     *Defendants*.

_____/

**<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

     In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

     _____
     _____
     _____
     _____
     _____
     _____

<u>X</u>___ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions Upon each party no later than fourteen days after appearances of the party.

1

Dated: September 29, 2020.

Respectfully Submitted,

**CALLAGY LAW, P.C.**
1900 N.W. Corporate Blvd., Ste 310W
Boca Raton, Florida  33431
(561) 405-7966 (o); (201) 549-8753 (f)

/s/ *Jeffrey L. Greyber*
**Jeffrey L. Greyber, Esq.**
Fla. Bar No. 41103
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2020, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF.  I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF or will be served *via* other acceptable methods upon defense counsel once defense counsel appears in this action.

/s/ *Jeffrey L. Greyber*
**Jeffrey L. Greyber, Esq.**