UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-1684-Orl-31EJK

JAMES P. F., SR.,

    *Plaintiff*,

vs.

BLUE SHIELD OF CALIFORNIA, INC. (d/b/a/
BLUE OF CALIFORNIA), SPACEX PPO PLAN,
SPACE EXPLORATION TECHNOLOGIES
CORPORATION, and COLLECTIVEHEALTH
ADMINISTRATORS, LLC,

    *Defendants*.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, James P. F., Sr., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

    I hereby disclose the following pursuant to this Court's interested persons order and / or Rule 7.1:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**ANSWER**: **(a)** Plaintiff / patient / insured, James P. Frizell, Sr.; **(b)** Surgery Center of Viera, LLC (Plaintiff's medical provider) and LLC members Dr. Ara Deukmedjian, Sun Deukmedjian, and Dr. Bharat Patel; **(c)** Callagy Law, P.C. – Plaintiff's legal counsel, with Jeffrey L. Greyber, Esq. being lead counsel; **(d)** Blue Shield of California, Inc. (d/b/a Blue of California), Defendant; **(e)** SpaceX PPO Plan, Defendant; **(f)** Space Exploration Technologies Corporation, Defendant; **(g)** CollectiveHealth Administrators, LLC, Defendant.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**ANSWER**: None that Plaintiff is presently aware of.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**ANSWER**: None that Plaintiff is presently aware of.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**ANSWER**: Plaintiff, James P. Frizell, Sr., is presently entitled to restitution for damages sustained, including, but not necessarily limited to, the following: **(a)** unpaid health insurance benefits pursuant to Count II of the Complaint; **(b)** administrative penalty pursuant to Count I of the Complaint; **(c)** all available forms of interest, namely interest that has accrued on the aforementioned unpaid health insurance benefits; **(d)** all awardable attorneys' fees (*e.g.*, Title 29, United States Code, Section 1132(g)(1)); **(e)** all taxable / awardable costs; and **(f)** any other relief the Court deems equitable, just, or proper.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of such conflict.

Dated:  September 29, 2020.

Respectfully Submitted,

**CALLAGY LAW, P.C.**
1900 N.W. Corporate Blvd., Ste 310W
Boca Raton, Florida  33431
(561) 405-7966 (o); (201) 549-8753 (f)

/s/ *Jeffrey L. Greyber*
**Jeffrey L. Greyber, Esq.**
Fla. Bar No. 41103
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2020, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF.  I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF or will be served *via* other acceptable methods upon defense counsel once defense counsel appears in this action.

/s/ *Jeffrey L. Greyber*
**Jeffrey L. Greyber, Esq.**