# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES P. F., SR.,

      **Plaintiff,**

v.                                                      Case No: 6:20-cv-1684-GAP-EJK

BLUE SHIELD OF CALIFORNIA, INC.,
SPACEX PPO PLAN, SPACE
EXPLORATION TECHNOLOGIES
CORPORATION and
COLLECTIVEHEALTH
ADMINISTRATORS, LLC,

      **Defendants.**

## ORDER

    The cause comes before the Court *sua sponte*. It is hereby **ORDERED** that by **March 8, 2021**, Plaintiff shall show cause to the Court why this case should not be dismissed for want of prosecution for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to respond may result in a dismissal of this action without further notice.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on February 22, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party