UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-1684-Orl-31EJK

JAMES P. F., SR.,

   *Plaintiff*,

vs.

BLUE SHIELD OF CALIFORNIA, INC. (d/b/a/
BLUE OF CALIFORNIA), SPACEX PPO PLAN,
SPACE EXPLORATION TECHNOLOGIES
CORPORATION, and COLLECTIVEHEALTH
ADMINISTRATORS, LLC,

   *Defendants*.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, James P. F., SR., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(i) and in relation to Court Order dated February 22, 2021, [D.E. 10], hereby voluntarily dismisses without prejudice the above-styled action.

    Dated: February 25, 2021

                                        Respectfully Submitted,

                                        **CALLAGY LAW, P.C.**
                                        1900 N.W. Corporate Blvd.
                                        Suite 310W
                                        Boca Raton, Florida  33431
                                        561-405-7966 (o); 201-549-8753 (f)

/s/ Jeffrey L. Greyber  
**Jeffrey L. Greyber, Esq.**  
Fla. Bar No. 41103  
jgreyber@callagylaw.com  
hcasebolt@callagylaw.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2021, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF, to the extent there is defense counsel of record. But undersigned is not aware of defense counsel of record yet because service has not occurred.

/s/ Jeffrey L. Greyber  
**Jeffrey L. Greyber, Esq.**