# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES P. F., SR.,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 6:20-cv-1684-GAP-EJK

BLUE SHIELD OF CALIFORNIA, INC., SPACEX PPO PLAN, SPACE EXPLORATION TECHNOLOGIES CORPORATION and COLLECTIVEHEALTH ADMINISTRATORS, LLC,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal (Doc. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 26, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties